# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, | ) | |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 18-50489 (CSS) |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., | ) | |
| YPF HOLDINGS, INC., CLH | ) | Adv. Docket Nos.: 153 and 156 |
| HOLDINGS, INC., REPSOL, S.A., | ) | |
| REPSOL EXPLORATION, S.A, REPSOL | ) | |
| E&P USA, INC., REPSOL OFFSHORE | ) | |
| E&P USA, INC., REPSOL E&P T&T | ) | |
| LIMITED AND REPSOL SERVICES | ) | |
| COMPANY | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For the reasons set forth in the Court's letter opinion dated June 24, 2019, *Repsol Defendants' Motion to Modify the Scheduling Order to Include a Provision Treating Depositions Taken in the New Jersey Action as If They Were Taken in this Action, or in the Alternative, to Amend the Scheduling Order* (Adv. D.I. 153) filed on April 22, 2019; and (ii) *YPF's Motion to Modify the Scheduling Order to Include a Provision Treating Depositions Taken in the New Jersey Action as If They Were Taken in This Action, or in the Alternative, to*

*Amend the Scheduling Order* (Adv. D.I. 156) filed on April 22, 2019, are Denied, without prejudice.

                                              */s/ Christopher S. Sontchi*

                                              Christopher S. Sontchi
                                              Chief United States Bankruptcy Judge

Date: June 24, 2019