# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.,* | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |
| MAXUS LIQUIDATING TRUST, | |
| Plaintiff,<br>v. | Adv. Proc. No. 18-50489 (CSS) |
| YPF S.A., et al., | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 1, 2019, a copy of: (i) Maxus Liquidating Trust's

Objections and Responses to Defendant YPF's First Set of Requests for the Production of

Documents and (ii) Maxus Liquidating Trust's Responses and Objections to Repsol Defendants'

First Set of Request for Production of Documents was served on the following as indicated:

| Via E-Mail | Via E-Mail |
|---|---|
| Robert J. Dehney | Edward Soto |
| Curtis S. Miller | Robert Lemons |
| Daniel B. Butz | WEIL, GOTSHAL & MANGES LLP |
| MORRIS, NICHOLS, ARSHT & | edward.soto@weil.com |
| TUNNELL LLP | robert.lemons@weil.com |
| 1201 North Market Street | |
| P.O. Box 1347 | *Attorneys for Repsol Defendants* |
| Wilmington, Delaware 19899-1347 | |
| rdehney@mnat.com | |
| cmiller@mnat.com | |
| dbutz@mnat.com | |

---

[1]   The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425).  The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

*Attorneys for Repsol Defendants*

<u>Via E-Mail</u>
Adam G. Landis
Matthew B. McGuire
LANDIS RA TH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
mcguire@lrclaw.com

*Counsel for the YPF Defendants*

<u>Via E-Mail</u>
James F. Conlan
Jessica C. Knowles Boelter
John G. Hutchinson
John J. Kuster
Martin B. Jackson
SIDLEY AUSTIN LLP
jconlan@sidley.com
jboelter@sidley.com
jkuster@sidley.com
mjackson@sidley.com

*Counsel for the YPF Defendants*

Dated: July 1, 2019

Respectfully submitted,

FARNAN LLP

<u>/s/ Michael J. Farnan</u>
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
Thomas MacWright  (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com
tmacwright@whitecase.com

*Attorneys for the Liquidating Trust*