# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAXUS ENERGY CORPORATION, *et al.*, | ) | |
| | ) | Case No. 16-11501 (CSS) |
| Debtors.[2] | ) | |
| | ) | Jointly Administered |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| | ) | Case No. 18-50489 (CSS) |
| v. | ) | |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING STIPULATION TO (1) EXTEND THE TIME FOR THE COMPLETION OF RESPONSES AND PRODUCTION OF DOCUMENTS TO DISCOVERY REQUESTS AND (2) STAY INTERIM DEADLINES IN THE <u>CASE MANAGEMENT PLAN AND SCHEDULING ORDER</u>**

Upon the Certification of Counsel filed by the Parties and upon review of such certification and the Parties' *Stipulation to (1) Extend the Time for the Completion of Responses and Production of Documents to Discovery Requests and (2) Stay Interim Deadlines in the Case*

---

[2] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

{1108.001-W0057730.}

*Management Plan and Scheduling Order*, attached hereto as <u>Exhibit A</u> (the "Stipulation"); and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Stipulation is approved.

2

**Dated: September 23rd, 2019**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**