IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Bankr. Case No. 16-11501-CSS |
| MAXUS ENERGY CORPORATION, *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| MAXUS LIQUIDATING TRUST, | : | Adv. Proc. No. 18-50489-CSS |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF | : | |
| HOLDINGS, INC., CLH HOLDINGS, INC., | : | Misc. No. 19-51-RGA |
| REPSOL, S.A., REPSOL EXPLORACION, S.A., | : | Misc. No. 19-52-RGA |
| REPSOL USA HOLDINGS CORP., REPSOL | : | (Consolidated) |
| E&P USA, INC., REPSOL OFFSHORE E&P | : | |
| USA, INC., REPSOL E&P T&T LIMITED, and | : | |
| REPSOL SERVICES CO., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

For the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. The Motions for Leave to Appeal are denied.

2. The Clerk is directed to close Misc. No. 19-51-RGA and Misc. No. 19-52-RGA.

Entered this 11 day of September, 2019.

_____
United States District Judge