# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION *et al.,*<br><br>　　　　Debtors.[1]<br>MAXUS LIQUIDATING TRUST,<br><br>　　　　　　　　　Plaintiff,<br>　　　　　v.<br>YPF S.A., et al.,<br><br>　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50489 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC AND VIDEO HEARING ON APRIL 20, 2020 AT 11:00 A.M. (EASTERN)**

I. **MATTERS GOING FORWARD IN ADVERSARY PROCEEDING 18-50489 (CSS)**

1. Discovery Disputes Briefed by the Parties

    Related Documents:

    a. The Trust's Opening Letter to The Honorable Christopher Sontchi from Michael J. Farnan regarding Discovery Disputes [Adv. D.I. 216] (Date Filed: March 30, 2020) [Hyperlink]

    b. YPF's Opening Letter to The Honorable Christopher Sontchi Regarding Discovery Disputes [Adv. D.I. 217] (Date Filed: March 30, 2020) [Hyperlink]

    c. Repsol's Opening Letter to The Honorable Christopher Sontchi Regarding Discovery Issues [Adv. D.I. 219] (Date Filed: March 30, 2020) [Hyperlink]

    d. YPF's Responsive Letter to The Honorable Christopher S. Sontchi from John J. Kuster regarding March 30, 2020 Discovery Letter [Adv. D.I. 220] (Date Filed: April 10, 2020) [Hyperlink]

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

e. The Trust's Responsive Letter to The Honorable Christopher Sontchi from Michael J. Farnan regarding Response to Defendants' March 30, 2020 Letter [Adv. D.I. 221] (Date Filed: April 10, 2020) [Hyperlink]

f. Repsol's Responsive Letter to The Honorable Christopher Sontchi regarding Response to Plaintiff's March 30, 2020 Letter [Adv. D.I. 222] (Date Filed: April 10, 2020) [Hyperlink]

Status: The hearing on the parties' discovery disputes will go forward as a video and teleconference. All participants shall contact CourtCall to arrange for a dial-in number. Further, all participants wishing to be heard shall appear by video through Zoom:

Join ZoomGov Meeting
https://www.zoomgov.com/j/1613907610
Meeting ID: 161 390 7610

For those participants who are only listening, appearing by video through Zoom is optional.

Dated: April 16, 2020

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
(212) 819-8200
cshore@whitecase.com
tmacwright@whitecase.com

*Attorneys for the Liquidating Trust*