# Court Conference

# U.S. Bankruptcy Court-District of Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Christopher S. Sontchi

## #6

Calendar Date: **04/20/2020**

Calendar Time: **11:00 AM ET**

*2nd Revision Apr 20 2020 7:07AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530431 | Marissa Alter-Nelson | (212) 839-5300 ext. | Sidley Austin LLP | Defendant(s), YPF / LIVE |
| | | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530308 | Lara Bach | (305) 577-3100 ext. | Weil Gotshal & Manges | Representing, Repsol S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, / LI |
| | | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10527841 | Brett Bakemeyer | (212) 819-2545 ext. | White & Case LLP | Plaintiff(s), Maxus Liquidating Trust / LISTEN ONLY |
| | | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530309 | Corey Berman | (305) 577-3194 ext. | Weil Gotshal & Manges | Representing, Repsol S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, / LI |
| | | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10529904 | Steven Bodzin | (917) 294-6057 ext. | Redd Intelligence | Media, REDD Intelligence / LISTEN ONLY |
| | | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10528809 | Daniel B. Butz | (302) 351-9348 ext. | Morris Nichols Arsht & Tunnell LLP | Representing, Repsol S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp. / LIVE |
| | | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530547 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Interested Party, Occidental Petroleum Corp. / LISTEN ONLY |
| | | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10528754 | Robert J. Dehney | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Representing, Repsol S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp. / LIVE |
| | | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10527794 | Michael Farnan | (302) 777-0300 ext. | Farnan LLP | Plaintiff(s), The Maxus Liquidating Trust / LIVE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10527804 | Joseph Farnan, Jr. | (302) 777-0321 ext. | Farnan LLP | Plaintiff(s), The Maxus Liquidating Trust / LISTEN ONLY |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10531579 | Donald Frankel | (617) 748-3512 ext. | U.S. Department of Justice | Interested Party, US DOI, NOAA, et al / LISTEN ONLY |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530389 | Martin Jackson | (212) 839-6726 ext. | Sidley Austin LLP | Creditor, Ypf Defendants / LIVE |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530397 | John J. Kuster | (212) 839-5300 ext. | Sidley Austin LLP | Creditor, Ypf Defendants / LIVE |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530386 | Matthew B. McGuire | (302) 467-4400 ext. | Landis Rath & Cobb LLP | Creditor, Ypf Defendants / LIVE |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10528763 | Curtis S. Miller | (302) 351-9412 ext. | Morris, Nichols, Arsht & Tunnell LLP | Representing, Repsol S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp. / LIVE |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10527831 | Matthew Nicholson | (212) 819-2606 ext. | White & Case LLP | Plaintiff(s), The Maxus Liquidating Trust / LIVE |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10529884 | Sven T. Nylen | (312) 624-6388 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Interested Party, Lower Passaic River Study Area Site Cooperating Parties Group / LISTEN ONLY |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530316 | Pravin Patel | (302) 658-9800 ext. | Weil Gotshal & Manges LLP | Representing, Repsol S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, / LI |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530655 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson ( US ) LLP | Interested Party, Legacy Vulcan Corp / LIVE |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10531977 | Andrew Propps | (212) 839-5300 ext. 5559 | Sidley Austin LLP | Defendant(s), YPS / LISTEN ONLY |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10531991 | Juan Russo | (212) 839-5300 ext. | YPF | Defendant(s), YPS / LISTEN ONLY |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10527819 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Plaintiff(s), The Maxus Liquidating Trust / LIVE |
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10530552 | Russell Silberglied | (302) 651-7545 ext. | Richards, Layton & Finger, P.A. | Interested Party, Occidental Petroleum Corp. / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Maxus Energy Corporation | 16-11501 (18-50489) | Hearing | 10529419 | Edward Soto | (305) 577-3177 ext. | Weil Gotshal & Manges | Representing, Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Ltd. and Reps / LI |