B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District of Delaware

In re MAXUS ENERGY CORPORATION, _et al._
　　　　　　　　Debtor

_(Complete if issued in an adversary proceeding)_

Case No. 16-11501 (CSS)

Maxus Liquidating Trust
　　　　　　　Plaintiff

Chapter 11

v.

YPF, S.A., _et al._
　　　　　　　Defendant

Adv. Proc. No. 18-50489 (CSS)

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: 　　　　　　　　　　　Eduardo A. Pigretti
　　　　　　　_(Name of person to whom the subpoena is directed)_

☑ _Testimony_: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: **SEE ATTACHED SCHEDULE A**

| PLACE   White & Case LLP, 609 Main Street, Suite 2900, Houston, TX 77002 (or another such place as mutually agreed) | DATE AND TIME  October 8, 2020, at 9:30 a.m. CST |
|---|---|

The deposition will be recorded by this method:
　　　　　Video and stenographic

☐ _Production_: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

_____

　　　The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __August 26, 2020_____
　　　　CLERK OF COURT

　　　　　　　　　　　　OR

_____　　　____/s/ Michael J. Farnan_____
_Signature of Clerk or Deputy Clerk_　　　_Attorney's signature_

The name, address, email address, and telephone number of the attorney representing _(name of party)_
Maxus Liquidating Trust,  who issues or requests this subpoena, are:
Michael J. Farnan; FARNAN LLP, 919 North Market St., 12th Floor Wilmington, D.E. 19801;
mfarnan@farnanlaw.com; 302-777-0338

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: ___Eduardo A. Pigretti___
on *(date)* __8-27-20__ .

[X] I served the subpoena by delivering a copy to the named person as follows: ___Eduardo A. Pigretti at___
___3901 Marquette St, Houston, TX 77006___
_____ on *(date)* __9-3-20__ ; or

[ ] I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the
witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: ___9-3-20___

___Tellecia L. Hahn___
*Server's signature*

Tellecia L. Hahn

_____
*Printed name and title*

PO Box 31751, Houston, TX 77231
_____
*Server's address*

Additional information concerning attempted service, etc.: