# WHITE & CASE

October 22, 2020

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

VIA ECF

The Honorable Christopher Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

**Re:** *Maxus Liquidating Trust v. YPF S.A., et al.*, **Adv. No. 18-50489** (*In re Maxus Energy Corp., et al.*, **No. 16-11501**)

Dear Judge Sontchi:

      We write on behalf of the Maxus Liquidating Trust to correct an inaccuracy in the Trust's October 14, 2020 letter submission [D.I. 275 at 9] ("Letter").[1]

      Whether it is because math is hard, or because all days seem like business days these days (or perhaps both), in the Letter we incorrectly counted whether the YPF Defendants' Clawback Notices were timely under the ten business day limit established in the Protective Order. To the extent the YPF Defendants establish to the Court that they first learned of the inadvertence of their production of Two-Hatter materials on the date that the Trust first wrote to request production of the Complete Memo (*i.e.*, September 30, 2020), the Trust will not contest that the Second and Third Clawback Notices were untimely for purposes of the Protective Order, but will reserve all other arguments.

      We also note that the Trust agreed to an extension for the YPF Defendants to respond to the Letter <u>until October 23, 2020</u>.

Respectfully submitted,

*/s/ Christopher Shore*

**J. Christopher Shore**

**T** +(212) 819-8394
**E** cshore@whitecase.com

---

[1] Capitalized terms used but not defined herein have the meanings set forth in the Letter.

AMERICAS 104503234