# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MAXUS ENERGY CORPORATION, *et al.*,[1] ) | |
| ) | Case No. 16-11501 (CSS) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| ) | |
| MAXUS LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 18-50489 (CSS) |
| ) | |
| v. ) | |
| ) | |
| YPF S.A., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF STATUS VIDEO CONFERENCE

**PLEASE TAKE NOTICE** that a status video conference in the above adversary proceeding will take place on Tuesday, November 3, 2020, at 10:00 a.m. Eastern.

All counsel wishing to participate shall appear through both CourtCall and Zoom. The Court will provide instructions for joining the video conference via Zoom and those instructions are available by contacting undersigned counsel. For CourtCall, counsel must make prior arrangements with CourtCall by telephone: (866) 582-6878.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

2

| | |
|---|---|
| Dated: October 30, 2020 | Respectfully submitted, |
| | FARNAN LLP |

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com
tmacwright@whitecase.com

*Attorneys for the Liquidating Trust*