# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MAXUS ENERGY CORPORATION, *et al.*,[1] ) | |
| ) | Case No. 16-11501 (CSS) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| ) | |
| MAXUS LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 18-50489 (CSS) |
| ) | |
| v. ) | |
| ) | |
| YPF S.A., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF RESCHEDULED STATUS VIDEO CONFERENCE

**PLEASE TAKE NOTICE** that the status video conference in the above adversary proceeding set to take place on Tuesday, November 3, 2020, at 10:00 a.m. Eastern is now **rescheduled to Wednesday, November 4, 2020, at 1:00 p.m. Eastern**.

All counsel wishing to participate shall appear through both CourtCall and Zoom. The Court will provide instructions for joining the video conference via Zoom and those instructions are available by contacting undersigned counsel. For CourtCall, counsel must make prior arrangements with CourtCall by telephone: (866) 582-6878.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

|  |  |
|---|---|
| Dated: November 2, 2020 | Respectfully submitted, |
|  | FARNAN LLP |
|  | /s/ Michael J. Farnan |
|  | Brian E. Farnan (Bar No. 4098) |
|  | Michael J. Farnan (Bar No. 5165) |
|  | 919 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
|  | (302) 777-0300 |
|  | bfarnan@farnanlaw.com |
|  | mfarnan@farnanlaw.com |
|  | J. Christopher Shore (admitted *pro hac vice*) |
|  | Thomas MacWright (admitted *pro hac vice*) |
|  | WHITE & CASE LLP |
|  | 1221 Avenue of the Americas |
|  | New York, NY 10020 |
|  | (212) 819-8200 |
|  | cshore@whitecase.com |
|  | tmacwright@whitecase.com |
|  | *Attorneys for the Liquidating Trust* |