IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CSS) |

## DECLARATION OF JOHN J. KUSTER

I, John J. Kuster, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Since 1999, I have been a partner at Sidley Austin LLP ("Sidley"). As a partner at Sidley, I specialize in commercial litigation and disputes as well as government litigation and investigations.

2. Along with other attorneys at Sidley, I represent YPF S.A., YPF International S.A., YPF Holdings, Inc., and CLH Holdings, Inc. (collectively, "YPF"), defendants in *Maxus Liquidating Trust v. YPF S.A. et al.* ("Maxus Litigation"). The below declaration is based on my own personal knowledge, my review of Sidley files and records, and my conversations with

other personnel at Sidley. By providing these statements and the information contained therein, I do not intend to waive, and, to the contrary, I intend to preserve, all applicable privileges under all applicable law, including but not limited to the attorney-client privilege and the work product doctrine.

3. I worked with Jessica Boelter, then a partner in the Restructuring group at Sidley, on the Maxus Litigation. Ms. Boelter billed over 300 hours in connection with this matter.

4. Ms. Boelter was involved in negotiating the engagement letter between Sidley and YPF. Her work later included planning and executing YPF's motion to dismiss, and she attended oral argument on that motion in Delaware in January 2019. In May 2019, Ms. Boelter attended the hearing before this Court concerning the use of depositions from related litigation in New Jersey, and she discussed strategic and other concerns with Sidley attorneys in connection with that hearing.

5. During her time working on the Maxus Litigation, Ms. Boelter was a senior restructuring partner at Sidley. Although the extent of Ms. Boelter's involvement in the matter varied over time, Ms. Boelter worked on, supervised work on, and/or was privy to internal discussions concerning:

   a. drafting the motion to dismiss the Adversary Complaint and preparing YPF's initial disclosures;

   b. document collection, document review, privilege determinations, and other discovery matters;

   c. the possibility of a motion to withdraw the reference and consideration of the merits of seeking another forum;

   d. the tactics of White & Case LLP ("White & Case") in this litigation;

    e. developing YPF's overall litigation strategy;

    f. YPF's disclosures pursuant to U.S. securities laws;

    g. the engagement of local counsel;

    h. corporate law considerations related to the case;

    i. the possibility of settlement or other out-of-court resolution of the case;

    j. discussions concerning litigation status; and

    k. potential expert issues.

6. When James Conlan left Sidley in June 2020, Ms. Boelter remained the senior Sidley restructuring partner on the Maxus Litigation.

7. Ms. Boelter never formally withdrew her appearance as counsel for the YPF Defendants prior to the time she left Sidley and joined White & Case.

8. On September 12, 2020, I told Germán Fernández Lahore, YPF's senior internal counsel, that Ms. Boelter planned to leave Sidley for White & Case, the firm that represents the Maxus Liquidating Trust in the Maxus Litigation. At this time, I also informed Mr. Fernández Lahore that Ms. Boelter was engaged to be married to Thomas Lauria, Global Head of White & Case's Financial Restructuring and Insolvency Practice.

9. On October 1, 2020, Sidley restructuring partner Bojan Guzina and bankruptcy litigator Michael Andolina also left Sidley and joined White & Case. Later in 2020, Sidley restructuring partner Andrew O'Neill, as well as restructuring associates Matthew Linder and Blair Warner, and counsel Laura Baccash, also left Sidley and joined White & Case.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: December 17, 2020
       Pelham, New York

_____
John J. Kuster