# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, et al.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>            Plaintiff,<br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>            Defendants. | Adv. Proc. No. 18-50489 (CSS) |

**CERTIFICATE OF COUNSEL REGARDING STIPULATION
<u>EXTENDING BRIEFING SCHEDULE</u>**

       The undersigned counsel to Plaintiff Maxus Liquidating Trust ("Liquidating Trust") hereby certifies as follows:

       1.     On December 19, 2020, YPF S.A., YPF International S.A., YPF Holdings, Inc., and CLH Holdings, Inc. (the "<u>YPF Defendants</u>"), filed the *Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust* (the "<u>Motion</u>") [Adv. D.I. 306].

       2.     Pursuant to Local Rule 7007-1(a), the deadline for Plaintiff to file an answering brief

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

in response to the Motion is January 4, 2021.

3. The Parties agree to extend the deadline for Plaintiff to file an answering brief in response to the Motion to January 8, 2021.

4. A copy of the Stipulation is attached as Exhibit A to the proposed order attached hereto as Exhibit 1.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter the Proposed Order approving the Stipulation at the Court's earliest convenience.

Dated: January 4, 2021

Respectfully submitted,

**FARNAN LLP**

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com
tmacwright@whitecase.com

*Attorneys for the Liquidating Trust*