# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, et al.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CSS) |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO THE YPF DEFENDANTS' MOTION TO DISQUALIFY

Upon the Certificate of Counsel filed by the Plaintiff and upon review of such certificate and the Parties' *Stipulation for Extension of Time for Plaintiff to Respond to the YPF Defendants' Motion to Disqualify* attached hereto as Exhibit A (the "Stipulation"); and good cause appearing therefor,

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

IT IS HEREBY ORDERED that the Stipulation is approved.

**Dated: 1/5/21**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

**<u>Exhibit A</u>**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, et al.<br><br>Debtors.² | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CSS) |

**STIPULATION FOR EXTENSION OF TIME FOR
PLAINTIFF TO RESPOND TO THE YPF DEFENDANTS' MOTION TO DISQUALIFY**

WHEREAS, on December 19, 2020, YPF S.A., YPF International S.A., YPF Holdings, Inc., and CLH Holdings, Inc. (the "YPF Defendants"), filed the *Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust* (the "Motion") [Adv. D.I. 306];

---

² The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

WHEREAS, pursuant to Local Rule 7007-1(a), the deadline for Plaintiff to file an answering brief in response to the Motion is January 4, 2021;

NOW THEREFORE, the Parties, through their respective undersigned counsel, hereby stipulate and agree, in accordance with Local Rule 7007-1(a), that the deadline for Plaintiff to file an answering brief in response to the Motion shall be January 8, 2021.

Dated: January 4, 2021
Wilmington, Delaware

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com
tmacwright@whitecase.com

*Counsel for the Liquidating Trust*

**LANDIS RATH & COBB LLP**

/s/ Matthew B. McGuire
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Fascimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Victor L. Hou (admitted *pro hac vice*)
Ari D. MacKinnon (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
E-mail: hzelbo@cgsh.com
       vhou@cgsh.com
       amackinnon@cgsh.com

*Counsel for the YPF Defendants*

3