# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, et al.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CSS) |

### ORDER APPROVING STIPULATION FOR
### INCREASE IN PAGE LIMIT ON THE YPF DEFENDANTS'
### MOTION TO DISQUALIFY

Upon the Certificate of Counsel filed by the Plaintiff and upon review of such certificate and the Parties' *Stipulation for Increase in Page Limit on the YPF Defendants' Motion to Disqualify* attached hereto as Exhibit A (the "Stipulation"); and good cause appearing therefor,

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

IT IS HEREBY ORDERED that the Stipulation is approved.

**<u>Exhibit A</u>**

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, et al.<br><br>Debtors.[2] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CSS) |

## STIPULATION FOR INCREASE IN PAGE LIMIT ON
## THE YPF DEFENDANTS' MOTION TO DISQUALIFY

WHEREAS, on December 19, 2020, YPF S.A., YPF International S.A., YPF Holdings, Inc., and CLH Holdings, Inc. (the "YPF Defendants"), filed the *Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust* (the "Motion") [Adv. D.I. 306];

---

[2] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

WHEREAS, pursuant to Local Rule 7007-2(a)(iv), without leave of Court, no answering brief shall exceed 30 pages and no reply brief shall exceed 15 pages;

NOW THEREFORE, the Parties, through their respective undersigned counsel, hereby stipulate and agree in accordance with Local Rule 7007-2(a)(iv) and subject to the approval of the Court, that the page limit for the answering brief in opposition to the Motion is extended to 40 pages and the page limit for the reply brief in support of the Motion is extended to 25 pages.

| | |
|---|---|
| Dated:  January 28, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**FARNAN LLP**<br><br>/s/ Michael J. Farnan_____<br>Brian E. Farnan (Bar No. 4098)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>-and-<br><br>**WHITE & CASE LLP**<br>J. Christopher Shore (admitted *pro hac vice*)<br>Matthew L. Nicholson  (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200<br>cshore@whitecase.com<br>matthew.nicholson@whitecase.com<br>*Counsel for the Liquidating Trust* |

**LANDIS RATH & COBB LLP**

/s/ Matthew B. McGuire
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Fascimile: (302) 467-4450
E-mail: landis@lrclaw.com
         mcguire@lrclaw.com

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Victor L. Hou (admitted *pro hac vice*)
Ari D. MacKinnon (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999
E-mail: hzelbo@cgsh.com
         vhou@cgsh.com
         amackinnon@cgsh.com

*Counsel for the YPF Defendants*

**Dated: January 28th, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

3