# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CSS) |

## REPLY DECLARATION OF REBECCA M. MICHAUD

I, Rebecca M. Michaud, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an associate at Cleary Gottlieb Steen & Hamilton LLP. I am an attorney admitted to practice in New York. I submit this declaration in support of the Reply Memorandum of Law in Further Support of YPF Defendants' Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust in the above-captioned action.

2. Attached hereto as Exhibit M is a true and correct copy of the Maxus Liquidating Trust's Responses and Objections to YPF's Requests for the Production of Documents, dated February 19, 2021, submitted in connection with YPF Defendants' Motion to Disqualify White

& Case LLP as Counsel for the Maxus Liquidating Trust in the above-captioned action.

3.  Attached hereto as Exhibit N is a true and correct copy of the Maxus Liquidating Trust's Responses and Objections to YPF's Interrogatories, dated February 19, 2021, submitted in connection with YPF Defendants' Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust in the above-captioned action.

4.  Attached hereto as Exhibit O is a true and correct copy of an excerpt of a screenshot taken on February 19, 2021 of The Legal 500 website (https://www.legal500.com/firms/51054-white-case-llp/230137-houston-usa/).

5.  Attached hereto as Exhibit P is a true and correct copy of YPF S.A.'s press release, dated February 11, 2021, issued in connection with the results of YPF S.A.'s exchange offer and consent solicitation.

6.  Attached hereto as Exhibit Q is a true and correct copy of White & Case LLP's press release, dated January 17, 2021, issued in connection with YPF S.A.'s exchange offer and consent solicitation.

7.  Attached hereto as Exhibit R is a true and correct copy of a screenshot taken on February 11, 2021 of the White & Case LLP website (https://www.whitecase.com/people/all/partner/156/861/all/all/search_api_relevance/DESC).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 25, 2021
       New York, New York

                                                    */s/ Rebecca M. Michaud*
                                                    Rebecca M. Michaud