| First Name | Last Name | Email | Registration | Approval Status |
|---|---|---|---|---|
| Michael | Farnan | mfarnan@... | ######## | approved |
| Curtis | Miller | cmiller@m... | ######## | approved |
| Frank | Parigi | Frank_Parigi... | ######## | approved |
| Phillip | Bruns | ptbruns@g... | ######## | approved |
| Corey | Berman | corey.berm... | ######## | approved |
| Matthew | Nicholson | matthew.n... | ######## | approved |
| Mark | Collins | collins@rlf... | ######## | approved |
| Adam | Landis | landis@lrcl... | ######## | approved |
| Chris | Shore | cshore@w... | ######## | approved |
| Matthew | McGuire | mcguire@l... | ######## | approved |
| Nathalie | Sosa | nathalie.so... | ######## | approved |
| Melissa | Hunt | Melissa_Hu... | ######## | approved |
| John | Kuster | jkuster@si... | ######## | approved |
| Lara | Bach | lara.bach@... | ######## | approved |
| Victor | Hou | vhou@cgsh... | ######## | approved |
| Edward | Soto | edward.sot... | ######## | approved |