## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adversary Proceeding No. 18-50489 (CSS) |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that pursuant to Federal Rules of Bankruptcy Procedure 8002 and 8004 and 28 U.S.C. § 158, Defendants YPF S.A., YPF International S.A., YPF International Holdings, Inc., and CLH Holdings, Inc. (collectively, "<u>YPF Defendants</u>") hereby appeal to the United States District Court, District of Delaware from the order regarding discovery disputes among the parties (the "<u>Order</u>"), of the United States Bankruptcy Court for the District of Delaware

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

entered on February 21, 2021 (Adv. Div. 340), and the corresponding February 8, 2021 *Opinion*

(Adv. Dkt. 333).

The names of all parties to the order appealed from and the names, addresses, and telephone

numbers of their respective attorneys are set forth below:

Appellants:
YPF S.A.;
YPF International S.A.;
YPF International Holdings, Inc.; and
CLH Holdings, Inc.

Appellants' Counsel:
Adam G. Landis
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

John J. Kuster (*pro hac vice*)
Martin B. Jackson (*pro hac vice*)
Andrew P. Propps (*pro hac vice*)
Marissa Alter-Nelson (*pro hac vice*)
Elizabeth Gates (*pro hac vice*)
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

-and-

Lisa M. Schweitzer (*pro hac vice*)
Victor L. Hou (*pro hac vice*)
Ari D. MacKinnon (*pro hac vice*)
Mark E. McDonald (*pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000

Facsimile: (212) 225-3999

Appellee:
Maxus Liquidating Trust

Appellee's Counsel:
Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street
Wilmington, DC 19801
Telephone: (302) 777-0300
Facsimile:  (302) 777-0301

-and-

J. Christopher Shore
Thomas MacWright
Matthew L. Nicholson
Erin Smith
Brett Bakemeyer
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Additional Parties to the Order
Repsol, S.A.;
Repsol Exploracion, S.A.;
Repsol USA Holdings Corp.;
Repsol E&P USA, Inc.;
Repsol Offshore E&P USA, Inc.;
Repsol E&P T&T Limited; and
Repsol Services Company (collectively, the "Repsol Defendants")

Counsel to Repsol Defendants
Curtis S. Miller
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 351-9412
Facsimile: (302) 425-3080

-and-

Edward Soto
Brian Liegel
Nathalie Sosa
Weil, Gotshal & Manges LLP
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile:  (305) 374-7159

<u>Other Interested Parties</u>
U.S. Department of Justice

<u>Counsel for Other Interested Parties</u>
David L. Gordon
Environmental Enforcement Section
Environment and Natural Resource Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-3659
Facsimile:  (202) 616-2427

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Order is attached hereto as **Exhibit A**.  A copy of the February 8, 2021 Opinion referenced in the Order (Adv. Dkt. 333) is attached hereto as **Exhibit B**.  This Notice of Appeal is also accompanied by the prescribed fee.

Dated: March 7, 2021
Wilmington, Delaware

LANDIS RATH & COBB LLP


   _/s/ Matthew B. McGuire_
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

– and –

SIDLEY AUSTIN LLP
John J. Kuster (*pro hac vice*)
Martin B. Jackson (*pro hac vice*)
Andrew P. Propps (*pro hac vice*)
Marissa Alter-Nelson (*pro hac vice*)
Elizabeth Gates (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

– and –

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lisa M. Schweitzer (*pro hac vice*)
Victor L. Hou (*pro hac vice*)
Ari D. MacKinnon (*pro hac vice*)
Mark E. McDonald (*pro hac vice*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999


*Counsel for the YPF Defendants*