# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE



**CHRISTOPHER S. SONTCHI**  
**CHIEF JUDGE**

**824 N. MARKET STREET**  
**WILMINGTON, DELAWARE**  
**(302) 252-2888**

March 12, 2021

**<u>VIA CM/ECF</u>**

Brian E. Farnan  
Michael J. Farnan  
FARNAN LLP  
919 North Market Street  
12th Floor  
Wilmington, DE  19801

-and-

J. Christopher Shore  
Matthew L. Nicholson  
WHITE & CASE LLP  
1221 Avenue of the Americas  
New York, New York 10020

Adam G. Landis  
Matthew B. McGuire  
LANDIS RATH & COBB LLP  
919 Market Street  
Suite 1800  
Wilmington, DE  19801

-and-

Howard Zelbo  
Victor L. Hou  
Ari D. MacKinnon  
CLEARY GOTTLIEB STEEN  
& HAMILTON LLP  
One Liberty Plaza  
New York, New York 10006

RE:   Maxus Energy Corporation, et al., 16-11501  
<u>Maxus Liquidating Trust v. YPF, S.A., et al., 18-50489</u>

Dear Counsel,

    I am writing in connection with YPF Defendants' Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust, D.I. 306 ("Motion to Disqualify"), which was filed on December 19, 2020, and for which briefing was completed on February 26, 2021.  As you recall, the Court held a status conference on the Motion to Disqualify on March 2, 2021, at which the Court offered some suggestions regarding the scheduling and conduct of the hearing, which had been scheduled by the movants for a two-day evidentiary hearing in mid-April.  The Court requested the parties to consult and get back

to the Court. On March 8, the Court requested the parties to report their agreement by 12:00 noon on March 12 or the Court would schedule the hearing and establish the rules as to the conduct of the hearing on its own. The parties have not been able to report an agreement in a timely manner. Thus, the Court hereby establishes the following schedule and rules governing the conduct of the hearing. Please note that the scheduling and rules regarding the conduct of the hearing may be modified by the agreement of the parties submitted to the Court by no later than March 29, 2021 at 4:00 p.m.

1. The hearing shall occur on April 1, 2021 at 10:00 a.m. and last until no later than 5:00 p.m. with a 45-minute lunch break.

2. Except as set forth below, evidence shall consist of the declarations (and exhibits thereto) filed in connection with the briefing, subject to objections to be presented at the hearing.

3. Direct testimony will be via declarations. Live witness testimony shall be limited to the cross-examination and re-direct (no re-cross) of the following witnesses:

    a. Ms. Lauria neé Boelter
    b. Mr. Kuster
    c. Mr. Lahore

4. Each side shall be allowed no more than a total of two hours to cross-examine and re-direct witnesses (excluding Court recesses). The parties shall both keep time, and the Court will resolve any disputes. The Court will not count time against a party cross-examining a witness where the witness is evasive or is otherwise obstructive.

5. Depositions shall be limited to the live witnesses and there will be no written discovery. Deposition testimony may be used for any purpose, not just impeachment. No video depositions will be considered – transcripts only. Any deposition designations and cross-designations must be submitted after consultation among the parties by no later than March 31, 2021 at 4:00 p.m.

6. Unless otherwise ordered by the Court, there will be no live testimony of any other witness.

7. Documentary evidence other than that attached to the declarations may be submitted (subject to objections).

8. The parties shall follow chambers procedures re submission of documents and witnesses.

9. The court will not hear opening argument but will hear closing argument.

10. No post-trial briefing.

      Any questions or disputes regarding the above, should first be submitted to Ms. Danielle Gadson and Ms. Cheryl Szymanski via e-mail. If necessary, the Court will request the submission of letters and/or schedule a Zoom conference.

      Sincerely,

      *Christopher S. Sontchi* (signature)

      Christopher S. Sontchi
      Chief United States Bankruptcy Judge