

March 18, 2021

**VIA E-FILING**
The Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

Re:   *Maxus Liquidating Trust v. YPF S.A., et al.*, Adv. No. 18-50489 (*In re Maxus Energy Corp., et al.*, No. 16-11501)

Dear Judge Sontchi:

We write in reference to the above-captioned adversary proceeding and the Court's Letter Opinion dated March 11, 2021 [D.I. 366] ("Opinion"). Per the Court's instruction to meet and confer, the Trust sent a proposed form of order settling the Opinion on Friday, March 12, 2021. YPF ultimately circulated a counter-proposal form of order on the evening of Monday, March 15, 2021, and the Trust responded on Tuesday March 16.

At the conclusion of those exchanges, it appears that the parties have a single, but important, disagreement. The Trust is of the view that YPF should be directed to produce the Memorandum within two business days of entry of the order. Given that YPF already provided an electronic copy of the Memorandum to the Court to review *in camera*, a copy can be transmitted to the Trust at the push of a button. Further, receiving the Memorandum now would allow the Trust to prepare for the recommencement of depositions on the full documentary record, which, per the Opinion, includes the Memorandum.

YPF has taken the position that it need not produce the Memorandum for an indefinite period—they have proposed that production only be made following resolution of YPF's *Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust* [D.I. 306] and *Motion for Leave to File Interlocutory Appeal of the Bankruptcy Court's February 21, 2021 Discovery Order* [D.I. 358]. In essence, YPF is indirectly seeking a stay of this order, which would allow YPF to seek appellate relief from the Opinion prior to complying with their production obligation. (As the Court knows, YPF has already sought leave to take interlocutory appeal of the related February 21, 2021 Order.) If YPF wants a stay, there are other appropriate methods for seeking that relief.

Accordingly, the Trust includes herewith a proposed form of order that calls for YPF to produce the Memorandum within two business days of entry of the order. We understand that YPF has no objections to this iteration of the order, with the exception of the first decretal paragraph.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

Cc: Counsel of Record (Via E-Filing)