| First Name | Last Name | Email | Party Representing | Firm Name |
|---|---|---|---|---|
| Michael | Farnan | mfarnan@farnanlaw.com | Plaintiff Trust | Farnan LLP |
| Curtis | Miller | cmiller@morrisnichols.com | Repsol, S.A. | Morris, Nichols, Arsht & Tunnell LLP |
| Morgan | Patterson | morgan.patterson@wbd-us.com | Liquidating Trust | Womble Bond Dickinson (US) LLP |
| Corey | Berman | corey.berman@weil.com | Repsol, S.A. | Weil, Gotshal & Manges LLP |
| Matthew | Nicholson | matthew.nicholson@whitecase.com | Trust | White & Case |
| Mark | Collins | Collins@rlf.com | Occidental/ Member of Liquidating Trust Oversight Committee | Richards Layton & Finger |
| Chris | Shore | cshore@whitecase.com | Trust | White & Case |
| Peg | Brickley | peg.brickley@wsj.com | interested | WSJ |
| Karen | Leung | legal@reorg-research.com | Reorg Research, Inc. | Reorg Research, Inc. |
| Steven | Bodzin | steven.bodzin@reddintelligence.com | Media observer | |
| Matthew | McGuire | mcguire@lrclaw.com | YPF Defendants | Landis Rath & Cobb |
| Interested | Party | interested.party@gmail.com | N/A | |
| | | | | |
| Lara | Bach | lara.bach@weil.com | Repsol, S.A. | Weil, Gotshal & Manges LLP |
| Edward | Soto | edward.soto@weil.com | Repsol, S.A. | Weil, Gotshal & Manges LLP |