# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.,* | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |
| MAXUS LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Proc. No. 18-50489 (CSS) |
| v. | |
| YPF S.A., et al., | |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ZOOM VIDEO HEARING ON APRIL 1, 2021 AT 10:00 A.M. (EASTERN)**

**I. MATTERS GOING FORWARD IN ADVERSARY PROCEEDING 18-50489 (CSS)**

1. Hearing on YPF Defendants' Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust [Adv. D.I. 306] (Date Filed: December 19, 2020) [Hyperlink]

    Related Documents:

    a. Declaration of Daniel Gonzalez Casartelli in Support of the YPF Defendants' Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust [Adv. D.I. 307] (Date Filed: December 19, 2020) [Hyperlink]

    b. Declaration of German Fernandez Lahore in Support of the YPF Defendants' Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust [Adv. D.I. 308] (Date Filed: December 19, 2020) [Hyperlink]

    c. Declaration of John J. Kuster [Adv. D.I. 309] (Date Filed: December 19, 2020) [Hyperlink]

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

    d.  Declaration of Rebecca M. Michaud in Support of the YPF Defendants' Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust [Adv. D.I. 310] (Date Filed: December 19, 2020) [Hyperlink]

    e.  Declaration of W. Bradley Wendel [Adv. D.I. 311] (Date Filed: December 19, 2020) [Hyperlink]

Response:

    f.  Plaintiff's Opposition to YPF Defendants' Motion to Disqualify White & Case LLP [Adv. D.I. 327] (Date Filed: January 29, 2021) [Hyperlink]

    g.  Declaration of Debra Korbin Levy in Support of the Maxus Liquidating Trust's Opposition to the YPF Defendants' Motion to Disqualify White & Case LLP as Counsel [Adv. D.I. 328] (Date Filed: January 29, 2021) [Hyperlink]

    h.  Declaration of Matthew L. Nicholson in Support of Plaintiff's Opposition to the YPF Defendants' Motion to Disqualify White & Case LLP [Adv. D.I. 329] (Date Filed: January 29, 2021) [Hyperlink]

    i.  Declaration of Lucian T. Pera [Adv. D.I. 330] (Date Filed: January 29, 2021) [Hyperlink]

    j.  Declaration of Jessica C. Lauria (Formerly Boelter) [Adv. D.I. 331] (Date Filed: January 29, 2021) [Hyperlink]

Reply:

    k.  (Confidential) Reply Memorandum of Law in Further Support of YPF Defendants' Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust [Adv. D.I. 344] (Date Filed: February 26, 2021) [Hyperlink]

    l.  Reply Declaration of German Fernandez Lahore [Adv. D.I. 346] (Date Filed: February 26, 2021) [Hyperlink]

    m.  Declaration of W. Bradley Wendel [Adv. D.I. 347] (Date Filed: February 26, 2021) [Hyperlink]

    n.  Declaration of Daniel J. Neppl [Adv. D.I. 348] (Date Filed: February 26, 2021) [Hyperlink]

    o.  (Confidential) Reply Declaration of Rebecca M. Michaud [Adv. D.I. 349] (Date Filed: February 26, 2021) [Hyperlink]

| | |
|---|---|
| Status: | The hearing on the Motion to Disqualify will go forward solely as a Zoom video hearing.  Both video and audio will be through Zoom.  CourtCall will **not** be utilized for this hearing.  There will be no live witness testimony. |

No later than **March 31, 2021 at Noon Eastern** all participants must register for the hearing at the link provided below:

Registration link:
https://debuscourts.zoomgov.com/meeting/register/vJItc-6grTMsH3p9Vn-uuYIwaS7hXbr-x88

You must use your full name when logging into Zoom or you will not be allowed into the meeting.

Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically.  Please contact Chambers at least one business day prior to the scheduled hearing.

Dated: March 30, 2021

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
(212) 819-8200
cshore@whitecase.com

*Attorneys for the Liquidating Trust*