## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, | ) | |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 18-50489 (CSS) |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., | ) | |
| YPF HOLDINGS, INC., CLH | ) | |
| HOLDINGS, INC., REPSOL, S.A., | ) | |
| REPSOL EXPLORATION, S.A, REPSOL | ) | |
| E&P USA, INC., REPSOL OFFSHORE | ) | |
| E&P USA, INC., REPSOL E&P T&T | ) | |
| LIMITED AND REPSOL SERVICES | ) | |
| COMPANY | ) | |
| | ) | **Related D.I. 382** |
| Defendants. | ) | |
| _____ | ) | |

## ORDER QUASHING YPF'S AMENDED NOTICE OF SERIVCE OF THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN AN ADVERSARY PROCEEDING

Upon consideration of the *Amended Notice of Service of Subpoena* related to *YPF's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in an Adversary Proceeding* [D.I. 382] filed on March 30, 2021 (the "Subpoena") related to approximately 600 personal e-mails between Ms. Lauria née Boetler and Mr. Tom Lauria; the Subpoena being filed two days prior to the hearing on the *YPF Defendants' Motion to*

*Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust* [Adv. D.I. 306] (the

"Motion"); and the Subpoena having been filed after the parties stipulated to the close of

fact discovery on the Motion; and the Subpoena not having adequate notice; and a motion

related to the Subpoena having not being filed; the Court having reviewed the Subpoena;

the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

(iii) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT the Subpoena is **Quashed**.

_____
Christopher S. Sontchi
Chief United States Bankruptcy Court Judge

Dated:  March 30, 2021