#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, et al., | ) ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| ───────────────────────── | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 18-50489 (CSS) |
| | ) | Adv. Docket No: 306 |
| YPF S.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ───────────────────────── | ) | |

## ORDER

For the reasons set forth in the Court's Opinion dated April 6, 2021, YPF Defendants' Motion to Disqualify White & Case LLP as Counsel for the Maxus Liquidating Trust [Adv. Docket No.: 306] filed on December 19, 2020, is DENIED.

The parties are directed to submit an agreed revised scheduling order under certification of counsel by April 16, 2021.  If the parties cannot agree on an order they may submit competing orders under certification of counsel by April 19, 2021.

_____
Christopher S. Sontchi
Chief United States Bankruptcy Judge

Date: April 6, 2021