ACO-087 June 16, 2021

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 21-8033

IN RE: MAXUS ENERGY CORPORATION, Debtor

THE MAXUS LIQUIDATING TRUST

   v.

YPF S.A.; ET AL.

YPF S.A., YPF International S.A.; YPF Holdings, Inc.; CLH Holdings, Inc., Petitioners

   (D. Del. No. 1:21-mc-00144)

Present: McKEE, GREENAWAY, JR., and BIBAS, Circuit Judges

   Submitted are

     (1) Petitioners' petition for permission to appeal pursuant to 28 U.S.C. § 158(d)(2) [Dkt. No. 1]; and

     (2) Respondent Maxus Liquidating Trust's response to petition for permission to appeal [Dkt. No. 10]

in the above-captioned case.

                                                      Respectfully,

                                                       Clerk

_____ORDER_____

The foregoing petition for permission to appeal is granted.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: July 30, 2021
CJG/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# NOTICE

# GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter.

The $505.00 docketing and filing fee must be paid in the district court within 14 days after the entry of the order granting permission for leave to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

A notice of appeal does not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure. **Petitioner should notify the Court of Appeals in writing that the filing fee has been paid.**

Upon receipt of the notice from petitioner, the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/ Caitlyn
Case Manager
267-299-4956

Cc:    All Counsel of Record
        John A. Cerino
        Ms.Una M. O'Boyle