IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, | ) | (Jointly Administered) |
| et al. | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 18-50489 (CSS) |
| | ) | |
| YPF S.A., YPF INTERNATIONAL | ) | Re: Adv. Docket Nos.: 452, 453, |
| S.A., YPF HOLDINGS, INC., CLH | ) | and 458 |
| HOLDINGS, INC., REPSOL, S.A., | ) | |
| REPSOL EXPLORACION, S.A., | ) | |
| REPSOL USA HOLDINGS CORP., | ) | |
| REPSOL E&P USA, INC., REPSOL | ) | |
| OFFSHORE E&P USA, INC., REPSOL | ) | |
| E&P T&T LIMITED, and REPSOL | ) | |
| SERVICES CO., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | **)** | |

## ORDER

Upon consideration of the Letter on behalf of the Maxus Liquidating Trust to The Honorable Christopher S. Sontchi from Michael J. Farnan regarding Discovery Dispute [Adv. Docket No. 452] filed on July 30, 2021 (the "Motion"); the Letter on behalf of YPF Defendants in response to the Letter from Michael J. Farnan regarding Discovery Dispute [Adv. Docket No.: 453] filed on August 2, 2021 (the "Response"); and the Letter from Michael J. Farnan replying to YPF's August 2,

2021 Letter [Adv. Docket No.: 458] filed on August 2, 2021 (the "Reply"); the Court having reviewed the Motion, Response and Reply;

IT IS HEREBY ORDERED THAT:

1. YPF Defendants shall file their opposition to the Motion and any request for affirmative relief as referenced in the Response by Friday, August 6, 2021;

2. The Trust shall file its reply and any response to relief requested by the YPF Defendants by 12 noon EDT on Tuesday, August 10, 2021;

3. YPF Defendants shall file its reply in support of its requested relief by 12 noon on Thursday, August 12, 2021;

4. The Court will hear argument on Thursday, August 12, 2021, at 3:00 p.m. via Zoom; and

5. Deadlines will be strictly enforced, and no late filed pleadings will be considered.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: August 3, 2021