IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MAXUS ENERGY CORPORATION *et al.,* <br><br> Debtors.[1] <br> MAXUS LIQUIDATING TRUST, <br><br> Plaintiff, <br> v. <br> YPF S.A., et al., <br><br> Defendants. | Chapter 11 <br><br> Case No. 16-11501 (CSS) <br><br> Jointly Administered <br><br><br> Adv. Proc. No. 18-50489 (CSS) |

**NOTICE OF DISCOVERY CONFERENCE**

PLEASE BE ADVISED that a discovery conference has been scheduled in the above adversary proceeding for **August 12, 2021 at 3:00 p.m. eastern** at the direction of the Court.

No later than **Wednesday, August 11, 2021 at noon eastern** all participants must register for the hearing at the link provided below. CourtCall will not be utilized for this conference. The conference will be handled entirely through the Zoom platform.

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJIsdOuqqDIpEmcJNyiFHiOqOIuA4SdGues

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

<table>
<tr><td>Dated: August 6, 2021</td><td>Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>J. Christopher Shore (admitted *pro hac vice*)<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>(212) 819-8200<br>cshore@whitecase.com<br><br>*Attorneys for the Liquidating Trust*</td></tr>
</table>