# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION *et al.*,<br><br>Debtors.[1]<br>MAXUS LIQUIDATING TRUST,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br>YPF S.A., et al.,<br><br>　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50489 (CSS) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 12, 2021 AT 3:00 P.M. (EASTERN)

**I. ORAL ARGUMENT IN ADVERSARY PROCEEDING 18-50489 (CSS) ON MOTIONS TO COMPEL**

1. The Maxus Liquidating Trust's Motion to Compel

    Related Documents:

    a. The Maxus Liquidating Trust's Opening Letter to the Honorable Christopher S. Sontchi [Adv. D.I. 452] (Date Filed: July 30, 2021)

    b. YPF Defendants' Opposition Letter to the Honorable Christopher S. Sontchi [Adv. D.I. 463] (Date Filed: August 6, 2021)

    c. The Maxus Liquidating Trust's Reply Letter to the Honorable Christopher S. Sontchi [Adv. D.I. 468] (Date Filed: August 10, 2021)

    Status: The hearing on the Motion to Compel will go forward solely as a Zoom video hearing. Both video and audio will be through Zoom. CourtCall will **not** be utilized for this hearing. There will be no live witness testimony.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] **Amended/added agenda items are noted in bold.**

>All participants must register for the hearing at the link provided below as soon as possible to avoid being denied access to the hearing:
>
>Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJIsdOuqqDIpEmcJNyiFHiOqOIuA4SdGues

>You must use your full name when logging into Zoom or you will not be allowed into the meeting. Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.

2. YPF Defendants' Motion to Compel

    Related Documents:

    a. YPF Defendants' Opening Letter to the Honorable Christopher S. Sontchi [D.I. 464] (Date Filed: August 6, 2021)

    b. The Maxus Liquidating Trust's Opposition Letter to the Honorable Christopher S. Sontchi [D.I. 467] (Date Filed: August 10, 2021)

    c. YPF Defendants' Reply Letter to the Honorable Christopher S. Sontchi [D.I. **474**] (**Filed**: August 12, 2021)

    Status: The hearing on the Motion to Compel will go forward solely as a Zoom video hearing. Both video and audio will be through Zoom. CourtCall will **not** be utilized for this hearing. There will be no live witness testimony.

    All participants must register for the hearing at the link provided below as soon as possible to avoid being denied access to the hearing:

    Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJIsdOuqqDIpEmcJNyiFHiOqOIuA4SdGues

>You must use your full name when logging into Zoom or you will not be allowed into the meeting. Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.

Dated: August 12, 2021

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
cshore@whitecase.com

*Attorneys for the Liquidating Trust*