# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adversary Proceeding No. 18-50489 (CSS)<br><br>Status Conference Date: September 1, 2021 at 1:00 p.m. (ET) |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that at the request of the Court, a status conference will be held on **September 1, 2021 at 1:00 p.m. (ET)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

{1108.001-W0065790.}

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to participate in the telephonic status conference must register via Zoom, using the following link below:

https://debuscourts.zoomgov.com/meeting/register/vJIsfuigpj8pEtjvEHIP4hlEFHSfvY4-fWo.

| | |
|---|---|
| Dated: September 1, 2021<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         mcguire@lrclaw.com<br><br>– and –<br><br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Jeffrey A. Rosenthal (*pro hac vice*)<br>Ari D. MacKinnon (*pro hac vice*)<br>Mark E. McDonald (*pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>F: 212-225-3999<br><br>-and-<br><br>**SIDLEY AUSTIN LLP**<br>John J. Kuster (*pro hac vice*)<br>Martin B. Jackson (*pro hac vice*)<br>Marissa Alter-Nelson (*pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone:  (212) 839-5300<br>Facsimile:  (212) 839-5599<br><br>*Counsel for the YPF Defendants* |