# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION *et al.,*<br><br>Debtors.[1]<br>MAXUS LIQUIDATING TRUST,<br><br>         Plaintiff,<br>   v.<br>YPF S.A., et al.,<br><br>         Defendants. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50489 (CSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 13, 2021 AT 2:00 P.M. (EASTERN)

**I. ORAL ARGUMENT IN ADVERSARY PROCEEDING 18-50489 (CSS) ON MOTION TO STAY**

1. [Sealed] YPF Defendants' Motion Stay and Extend the Deadline for YPF Defendants' Compliance with the August 19, 2021 Discovery Order [Adv. D.I. 492] (Date Filed: August 30, 2021)

   Related Documents:

   a. [Sealed] Plaintiff's Opposition to YPF Defendants' Motion to Stay and Extend the Deadline to Comply with the August 19, 2021 Discovery Order and Cross-Motion to Sanction the YPF Defendants for Their Failure to Comply with the August 19, 2021 Production Order [Adv. D.I. 507] (Date Filed: September 7, 2021)

   b. YPF Defendants' Reply [Adv. D.I. ___] (To Be Filed: September 13, 2021)

   Status: The hearing on the Motion to Stay will go forward solely as a Zoom video hearing. Both video and audio will be through Zoom. CourtCall will **not** be utilized for this hearing. There will be no live witness testimony.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

All participants must register for the hearing at the link provided below as soon as possible to avoid being denied access to the hearing:

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJIsfuigpj8pEtjvEHIP4hlEFHSfvY4-fWo

You must use your full name when logging into Zoom or you will not be allowed into the meeting. Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.

| | |
|---|---|
| Dated: September 10, 2021 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>J. Christopher Shore (admitted *pro hac vice*)<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>(212) 819-8200<br>cshore@whitecase.com<br><br>*Attorneys for the Liquidating Trust* |