IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION *et al.,*<br><br>    Debtors.[1]<br>MAXUS LIQUIDATING TRUST,<br><br>                        Plaintiff,<br>       v.<br>YPF S.A., et al.,<br><br>                        Defendants. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50489 (CSS) |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER *14*, 2021 AT *3*:00 P.M. (EASTERN)

**PURSUANT TO THE DIRECTION OF THE COURT, THE HEARING WILL NOW COMMENCE ON SEPTEMBER 14, 2021 AT 3:00 P.M.**

**I. ORAL ARGUMENT IN ADVERSARY PROCEEDING 18-50489 (CSS) ON MOTION TO STAY**

1. [Sealed] YPF Defendants' Motion Stay and Extend the Deadline for YPF Defendants' Compliance with the August 19, 2021 Discovery Order [Adv. D.I. 492] (Date Filed: August 30, 2021)

   Related Documents:

   a. Plaintiff's Opposition to YPF Defendants' Motion to Stay and Extend the Deadline to Comply with the August 19, 2021 Discovery Order and Cross-Motion to Sanction the YPF Defendants for Their Failure to Comply with the August 19, 2021 Production Order [Adv. D.I. 507] (Date Filed: September 7, 2021)

   b. YPF Defendants' Reply **Memorandum of Law in Further Support of the YPF**

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] **Amended items appear in bold**.

**Defendants' Motion to Stay and Extend the Deadline for YPF Defendants' Compliance with the August 19, 2021 Discovery Order** [Adv. D.I. **512**] (**Date Filed**: September 12, 2021)

Status: The hearing on the Motion to Stay will go forward solely as a Zoom video hearing. Both video and audio will be through Zoom. CourtCall will **not** be utilized for this hearing. There will be no live witness testimony.

All participants must register for the hearing at the link provided below as soon as possible to avoid being denied access to the hearing:

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJIsfuigpj8pEtjvEHIP4hlEFHSfvY4-fWo

You must use your full name when logging into Zoom or you will not be allowed into the meeting. Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.

Dated: September 13, 2021

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
cshore@whitecase.com

*Attorneys for the Liquidating Trust*