# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adversary Proceeding No. 18-50489 (CSS)<br><br>**Re: Docket No. 527** |

### ORDER GRANTING MOTION OF THE YPF DEFENDANTS TO FILE UNDER SEAL THE YPF DEFENDANTS' MOTION TO STAY AND EXTEND THE DEADLINE FOR YPF DEFENDANTS' COMPLIANCE WITH <u>THE AUGUST 19, 2021 DISCOVERY ORDER</u>

Upon the *Motion of the YPF Defendants to File Under Seal the YPF Defendants' Motion to Stay and Extend the Deadline for YPF Defendants' Compliance with the August 19, 2021 Discovery Order* (the "<u>Motion</u>");[2] and the Court having jurisdiction over this matter; and it appearing that sufficient notice of the Motion has been given under the circumstances; and it

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

{1108.001-W0065785.2}

appearing that the relief requested by the Motion is necessary and appropriate; and sufficient cause appearing therefor; it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, Local Rule 9018-1, the YPF Defendants are authorized to file the Confidential Information under seal.

3. The Confidential Information shall not be made available to anyone except for the Court, the Trust, and defendants in the Adversary Proceeding.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

Dated: September 23rd, 2021
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE