IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION *et al.,*<br><br>Debtors.[1]<br>MAXUS LIQUIDATING TRUST,<br><br>       Plaintiff,<br>   v.<br>YPF S.A., et al.,<br><br>       Defendants. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50489 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 5, 2021 AT 11:00 A.M. (EASTERN)**

**I. SANCTIONS HEARING IN ADVERSARY PROCEEDING 18-50489 (CSS)**

1. The Court's September 21, 2021 Revised Letter Opinion [Adv. D.I. 525] (Date Filed: September 21, 2021)

    Related Documents:

    a. Order [Adv. D.I. 519] (Date Filed: September 16, 2021)

    Status: The hearing on will go forward solely as a Zoom video hearing. Both video and audio will be through Zoom. CourtCall will **not** be utilized for this hearing. There will be no live witness testimony.

    All participants must register for the hearing by **Noon Eastern on Monday, October 4, 2021** at the link provided below to avoid being denied access to the hearing:

    Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJItfuirqTMqHbs0kHQlihW3rktFzYisrHU

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

You must use your full name when logging into Zoom or you will not be allowed into the meeting. Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.

| | |
|---|---|
| Dated: September 28, 2021 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>J. Christopher Shore (admitted *pro hac vice*)<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>(212) 819-8200<br>cshore@whitecase.com<br><br>*Attorneys for the Liquidating Trust* |