IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, ) | (Jointly Administered) |
| et al. ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| MAXUS LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv. Pro. No.: 18-50489 (CSS) |
| ) | |
| YPF S.A., YPF INTERNATIONAL ) | **Re: Adv. Docket No.: 507** |
| S.A., YPF HOLDINGS, INC., CLH ) | |
| HOLDINGS, INC., REPSOL, S.A., ) | |
| REPSOL EXPLORACION, S.A., ) | |
| REPSOL USA HOLDINGS CORP., ) | |
| REPSOL E&P USA, INC., REPSOL ) | |
| OFFSHORE E&P USA, INC., REPSOL ) | |
| E&P T&T LIMITED, and REPSOL ) | |
| SERVICES CO., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## ORDER

Upon consideration of the Plaintiff's Opposition to YPF Defendants' Motion to Stay ad Extend the Deadline to Comply with the August 19, 2021 Discovery Order and Cross-Motion to Sanction the YPF Defendants for their Failure to Comply with the August 19, 2021 Production Order [Adv. Docket No. 507] filed on September 9, 2021 (the "Sanctions Motion"); the Court having heard argument at the hearing on the Sanctions Motion and the Stay Motion (defined

*infra*) on September 14, 2021 [*see* Adv. D.I. 516]; the Court having entered its Letter Opinion [Adv. Docket No. 518, and as revised, Adv. Docket No. 525] and Order [Adv. Docket No. 519] which denied the YPF Defendants' Motion to Stay And Extend The Deadline For YPF Defendants' Compliance With The August 19, 2021 Discovery Order (D.I. 492) (the "Stay Motion"); and the Memorandum Order entered by the United States District Court for the District of Delaware [Adv. Docket No. 529] also denying a stay pending a ruling on request for interlocutory appeal; and the Court understanding that the YPF Defendants' made the production of the documents on September 27, 2021;

IT IS HEREBY ORDERED THAT:

1. The Sanctions Motion is DENIED.

2. The hearing on the Sanctions Motion previously scheduled on October 5, 2021, is hereby cancelled.

> Christopher S. Sontchi
> United States Bankruptcy Judge

Date: September 30, 2021