## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| MAXUS ENERGY CORPORATION, *et al.*, | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 16-11501 (CSS) |
| | ) |
| | ) Jointly Administered |
| | ) |
| MAXUS LIQUIDATING TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary Proceeding |
| | ) |
| YPF S.A., YPF INTERNATIONAL S.A., YPF | ) Case No. 18-50489 (CSS) |
| HOLDINGS, INC., CLH HOLDINGS, INC., | ) |
| REPSOL, S.A., REPSOL EXPLORACIÓN, | ) |
| S.A., REPSOL USA HOLDINGS CORP., | ) |
| REPSOL E&P USA, INC., REPSOL | ) |
| OFFSHORE E&P USA, INC., REPSOL E&P | ) |
| T&T LIMITED, and REPSOL SERVICES CO., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF MAXUS LIQUIDATING TRUST AND REPSOL AND YPF PARTIES REGARDING USE OF PRIOR DEPOSITIONS

The Maxus Liquidating Trust; YPF S.A., YPF International S.A., YPF International Holdings, Inc., and CLH Holdings, Inc. (together, "YPF"); Repsol, S.A., Repsol Exploracion, S.A., Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited, and Repsol Services Co. (together, "Repsol") file this stipulation under the Federal Rules of Civil Procedure, including F.R.C.P. 29, and agree as follows:

1.    The following depositions, taken in *New Jersey Dep't of Environ. Prot. et al. v. Occidental Chemical et al.*, Case No. ESX-L-9868-05 (Super. Ct. N.J. 2005), may be used in the above-captioned action, *Maxus Liquidating Trust v. YPF, S.A.*, as if taken originally therein:

- Dale Laurance Deposition – 4/14/2015
- Frank Parigi (Occidental Chemical Corporation's Corporate Representative) Deposition – 8/11/2015, 8/12/2015, 8/13/2015, 10/13/2015
- Jo Ellen Drisko (Personal) Deposition – 7/22/2015
- Gerald Stern – 3/12/2015, 3/23/2015

2.      Repsol agrees to withdraw its subpoenas to depose Occidental Chemical Corporation's corporate representative; and Repsol and YPF agree that they will not seek to depose Occidental's corporate representative in the above-captioned action.


*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated:  September 29, 2021

GIBBS & BRUNS LLP

*/s/ Jorge M. Gutierrez, Jr.*
Kathy Patrick
Jorge M. Gutierrez, Jr.
Anthony N. Kaim
1100 Louisiana, Suite 5300
Houston, TX  77002
Telephone: (713) 650-8805
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com


*Counsel for Occidental Chemical Corporation*


Dated:  October 19, 2021

FARNAN LLP


*/s/ Michael J Farnan*
Brian E. Farnan
Michael J. Farnan
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

– and –

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
Erin M. Smith (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200
Fax:  (312) 853-7036
cshore@whitecase.com
tmacwright@whitecase.com


*Counsel for the Maxus Liquidating Trust*

Dated:  August 3, 2021

LANDIS RATH & COBB LLP

*/s/ Matthew B. McGuire*
Adam G. Landis
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
landis@lrclaw.com
mcguire@lrclaw.com

– and –

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Jeffrey Rosenthal (admitted *pro hac vice*)
Ari D. MacKinnon (admitted *pro hac vice*)
Mark E. McDonald (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
jrosenthal@cgsh.com
amackinnon@cgsh.com
memcdonald@cgsh.ocm

– and –

SIDLEY AUSTIN LLP
John J. Kuster (admitted *pro hac vice*)
Martin B. Jackson (admitted *pro hac vice*)
Andrew P. Propps (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
jkuster@sidley.com
mjackson@sidley.com
apropps@sidley.com


*Counsel for YPF S.A., YPF International S.A.,
YPF Holdings, Inc., and CLH Holdings, Inc.*

Dated:  October 11, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL  LLP


*/s/ Daniel B. Butz*
Curtis S. Miller
Daniel B. Butz
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989

– and –

WEIL, GOTSHAL & MANGES LLP
Edward Soto (admitted *pro hac vice*)
Lara Bach (admitted *pro hac vice*)
Corey Berman (admitted *pro hac vice*)
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
Telephone:  (305) 577-3100
Fax:  (305) 374-7159


*Counsel for Repsol, S.A., Repsol Exploracion, S.A., Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited, and Repsol Services Co.*