# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORP., *et al.*,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br><br>Jointly Administered |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | <br><br><br><br><br>Adversary Proceeding<br><br>Case No. 18-50489 (CSS) |

## REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that counsel for the Lower Passaic River Study Area Cooperating Parties Group, hereby requests that copies of all notices, papers and orders be given to and served upon the following counsel at the addresses set forth below via ECF, and mailings for non-ECF materials.

| | |
|---|---|
| Gregory A. Moffett, Esq.<br>Nicholas A. Dube, Esq.<br>Preti, Flaherty, Beliveau &<br>   Pachios, Chartered, LLP<br>57 North Main Street<br>Concord, NH, 03301<br>Phone: (603) 410-1500<br>gmoffett@preti.com<br>ndube@preti.com | Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L GATES LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7000<br>Fax: (302) 416-7020<br>steven.caponi@klgates.com<br>matthew.goeller@klgates.com |

Jeffrey D. Talbert, Esq.
Preti, Flaherty, Beliveau &
   Pachios, Chartered, LLP
One City Center
Portland, ME, 04101
Phone: (207) 791-3000
JTalbert@preti.com

Dated: December 1, 2021

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Telephone: (302) 416-7000
Facsimile: (302) 416-7020
steven.caponi@klgates.com
matthew.goeller@klgates.com

-and-

Gregory A. Moffett, Esq.
Nicholas A. Dube, Esq.
Preti, Flaherty, Beliveau &
   Pachios, Chartered, LLP
57 North Main Street
Concord, NH, 03301
Phone: (603) 410-1500
gmoffett@preti.com
ndube@preti.com

Jeffrey D. Talbert, Esq.
Preti, Flaherty, Beliveau &
   Pachios, Chartered, LLP
One City Center
Portland, ME, 04101
Phone: (207) 791-3000
jtalbert@preti.com

*Counsel to Lower Passaic River Study Area Site Cooperating Parties Group*