# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.,* | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |
| MAXUS LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Proc. No. 18-50489 (CSS) |
| v. | |
| YPF S.A., et al., | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 14, 2022, a copy of: (i) Expert Reply Report of Barry Pulliam; (ii) Rebuttal Expert Witness Report of Todd D. Menenberg; and (iii) Expert Report of Stephen A. Johnson, P.E. was served on the following as indicated:

| | |
|---|---|
| <u>Via E-Mail</u><br>Curtis S. Miller<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>cmiller@mnat.com<br><br>*Attorneys for Repsol Defendants* | <u>Via E-Mail</u><br>Lara Bach<br>Corey Berman<br>Edward Soto<br>WEIL, GOTSHAL & MANGES LLP<br>Lara.Bach@weil.com<br>Corey.Berman@weil.com<br>edward.soto@weil.com<br><br>*Attorneys for Repsol Defendants* |
| <u>Via E-Mail</u><br>Charity E. Lee<br>Jeffrey Rosenthal | <u>Via E-Mail</u><br>John J. Kuster<br>Elizabeth Gates |

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

| | |
|---|---|
| Katie Gonzalez<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>CharityLee@cgsh.com<br>jrosenthal@cgsh.com<br>kgonzalez@cgsh.com<br><br>*Counsel for the YPF Defendants* | SIDLEY AUSTIN LLP<br>jkuster@sidley.com<br>elizabeth.gates@sidley.com<br><br>*Counsel for the YPF Defendants* |

| | |
|---|---|
| Dated: January 18, 2022 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>J. Christopher Shore (admitted *pro hac vice*)<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>(212) 819-8200<br>cshore@whitecase.com<br><br>*Attorneys for the Liquidating Trust* |