IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 18-50489 (CSS) |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACION, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO., | ) | **Re: Adv. Docket No.: 570** |
| Defendants. | ) | |

## ORDER

Upon consideration of the Occidental Chemical Corporation's Motion for an Order Expediting Consideration of its Motion to Seal Certain Confidential Information [Adv. D.I. 570] filed on February 3, 2022 (the "Emergency Motion"); the Court having considered the Emergency Motion; the Court finding that (a) the Court has jurisdiction over the Emergency Motion under 28 U.S.C. §1334; and (b) the Motion is a core proceeding under 28 U.S.C. §157(b)(2); and the Court having

determined that the movant has not established sufficient cause to justify the relief requested in the Emergency Motion.

    IT IS HEREBY ORDERED THAT, the Emergency Motion is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: February 3, 2022