# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.*, | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |
| MAXUS LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Proc. No. 18-50489 (CSS) |
| v. | |
| YPF S.A., et al., | |
| Defendants. | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 14, 2022 AT 12:30 P.M. (EASTERN)**

**I. HEARING ON MOTIONS IN ADVERSARY PROCEEDING 18-50489 (CSS)**

1. YPF Defendants' Motion to Stay Proceedings [Adv. D.I. 559] (Date Filed: January 14, 2022)

   Related Documents:

   a. Plaintiff's Opposition to YPF Defendants' Motion for Stay of Summary Judgment Proceedings [Adv. D.I. 562] (Date Filed: January 28, 2022)

   b. Reply Memorandum of Law in Further Support of the YPF Defendants' Motion to Stay Proceedings [Adv. D.I. 572] (Date Filed: February 4, 2022)

   Status: The hearing on will go forward solely as a Zoom video hearing. Both video and audio will be through Zoom. CourtCall will **not** be utilized for this hearing. There will be no live witness testimony.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] **Amended/added agenda items are noted in bold and italic.**

All participants must register for the hearing by **Noon Eastern on Friday, February 11, 2022** at the link provided below to avoid being denied access to the hearing:

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJIsd-mrrTosH4IhLGEQL009Q8yq30YzDfE

You must use your full name when logging into Zoom or you will not be allowed into the meeting. Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.

2. Repsol Defendants' Motion to Strike the Expert Report of Stephen A. Johnson, or in the Alternative, Motion for an Extension of Time to Prepare a Rebuttal [Adv. D.I. 563] (Date Filed: January 28, 2022)

   Related Documents:

   a. YPF Defendants' Joinder in the Repsol Defendants' Motion to Strike the Expert Report of Stephen A. Johnson [Adv. D.I. 564] (Date Filed: January 31, 2022)

   b. Letter from Jeffrey A. Rosenthal regarding Joinder [Adv. D.I. 565] (Date Filed: January 31, 2022)

   c. Letter from Michael J. Farnan regarding Response to Jeffrey A. Rosenthal's January 31, 2022 Letter [Adv. D.I. 567] (Date Filed: February 1, 2022)

   d. Plaintiff's Opposition to (1) Repsol Defendants' Motion to Strike the Expert Report of Stephen A. Johnson, or in the Alternative, Motion for an Extension of Time to Prepare a Rebuttal and (2) YPF Defendants' Joinder in the Repsol Defendants' Motion [Adv. D.I. 577] (Date Filed: February 8, 2022)

   e. ***Repsol Defendants' Reply in Support of Their Motions to Strike the Expert Report of Stephen A. Johnson, or in the Alternative, Motion for an Extension of Time to Prepare a Rebuttal [Adv. D.I. 582] (Date Filed: February 11, 2022)***

   f. ***YPF Defendants' Reply in Support of Their Joinder in the Repsol Defendants' Motion to Strike the Expert Report of Stephen A. Johnson [Adv. D.I. 584] (Date Filed: February 11, 2022)***

   Status: The hearing on will go forward solely as a Zoom video hearing. ***See above for registration information***.

3. *Occidental Chemical Corporation's Motion to Seal Certain Confidential Information [Adv. D.I. 569] (Date Filed: February 3, 2022)*

    *Related Documents:*

    a. *Repsol Defendants' Statement in Response to Occidental Chemical Corporation's Motion to Seal Certain Confidential Information [Adv. D.I. 580] (Date Filed: February 10, 2022)*

    b. *YPF Defendants' Statement in Response to Occidental Chemical Corporation's Motion to Seal Certain Confidential Information [Adv. D.I. 581] (Date Filed: February 10, 2022)*

    c. *Occidental Chemical Corporation's Objection to Use of Its Privileged Materials and Reservation of Rights Regarding Repsol Defendants' Motion to Strike the Expert Report of Stephen A. Johnson, or in the Alternative, Motion for an Extension of Time to Prepare a Rebuttal [Adv. D.I. 583] (Date Filed: February 11, 2022)*

    *Status:  This matter is not set for a hearing date, but, given the filings, it appears the parties will take positions set forth in the filings during the argument set by this Amended Agenda.  See above for registration details for this hearing.*

Dated: February *11*, 2022

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
cshore@whitecase.com

*Attorneys for the Liquidating Trust*