# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, | ) | |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| ─────────────────────── | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 18-50489 (CSS) |
| | ) | |
| YPF S.A., et al., | ) | |
| | ) | **Related D.I.: 559, 562 and 572** |
| Defendants. | ) | |
| ─────────────────────── | ) | |

## **ORDER**

Upon consideration of the YPF Defendants' Motion to Stay Proceedings [Adv. D.I. 559] filed on January 14, 2022 (the "Motion"); Plaintiff's Opposition to YPF Defendants' Motion for Stay of Summary Judgment Proceedings [Adv. D.I.: 562] filed on January 28, 2022 (the "Opposition") and Reply Memorandum of Law in Further Support of the YPF Defendants' Motion to Stay Proceedings [Adv. D.I. 572] filed on February 4, 2022 (the "Reply"); the Court having reviewed the Motion, Opposition and Reply thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion before the Court by Zoom on February 14, 2022 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion

and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

    IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the Motion is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge

Dated: February 14, 2022