| First Name | Last Name | Email | Party Represented | Firm Name |
|---|---|---|---|---|
| Curtis | Miller | cmiller@morrisnichols | Repsol, S.A., et al. | Morris Nichols Arsht & Tunnell LLP |
| Nicole | Comparato | nicole.comparato@ | Repsol, S.A., et al. | Weil Gotshal & Manges LLP |
| Corey | Berman | corey.berman@weil | Repsol, S.A., et al. | Weil Gotshal & Manges LLP |
| Frank | Parigi | frank_parigi@oxy | LTOC | |
| Matthew | Nicholson | matthew.nicholson | Maxus Liquidating | White & Case LLP |
| Jeffrey | Rosenthal | jrosenthal@cgsh. | YPF | Cleary Gottlieb Steen & Hamilton LLP |
| Germán | Fernández | gvfernandezl@ypf | YPF S.A. | YPF S.A. |
| J. Christopher | Shore | cshore@whitecase | Maxus Liquidating | White & Case LLP |
| Matthew | McGuire | mcguire@lrclaw.com | YPF Defendants | Landis Rath & Cobb |
| Maria | Manghi | mmanghi@cgsh.c | YPF | Cleary Gottlieb |
| Ximena | Daract Laspiur | ximena.daract@y | YPF S.A. | YPF S.A. |
| Nicolas | Jenner | jenner@lrclaw.com | YPF Defendats | Landis Rath & Cobb |
| Katie | Gonzalez | kgonzalez@cgsh. | YPF | Cleary Gottlieb |
| Melissa | Hunt | Melissa_Hunt@oxy | Occidental Chemical | |
| Russell | Silberglied | silberglied@rlf.com | Occidental Chemical | Richards, Layton & Finger |
| John | Kuster | jkuster@sidley.com | YPF Defendants | Sidley Austin LLP |
| Isabella | Riishojgaard | iriishojgaard@cgs | YPF | |
| Michael | Farnan | mfarnan@farnanla | Liquidating Trustee | Farnan LLP |
| Morgan | Patterson | morgan.patterson | Legacy Vulcan | Womble Bond Dickinson (US) LLP |
| Kathy | Patrick | kpatrick@gibbsbruns | Occidental Chemical | Gibbs & Bruns LLP |
| Erin | Smith | erin.smith@white | Maxus Liquidating | White & Case LLP |
| Ignacio | Zapiola | ignacio.zapiola@y | YPF | |
| Mark | Collins | Collins@rlf.com | Liquidating Trustee | Richards Layton & Finger |
| Uday | Gorrepati | uday.gorrepati@g | N/A (ABI Project) | |
| Adam | Landis | landis@lrclaw.com | YPF Defendants | Landis Rath & Cobb |
| Mariana | Labombarda | mariana.labombarda | YPF | |
| Steven | Bodzin | steven.bodzin@re | REDD Intelligence | |
| Daisy | Franco | dfranco@cgsh.co | YPF | Cleary Gottlieb |
| Leslie | Pappas | Leslie.Pappas@La | Media | Law360.com |
| Charity | Lee | charitylee@cgsh. | YPF Defendants | Cleary Gottlieb Steen & Hamilton LLP |
| Karen | Leung | legalteam@reorg | Reorg | |
| Andrew | Scurria | andrew.scurria@w | Wall Street Journal | |
| Jorge | Gutierrez | jgutierrez@gibbsbruns | Occidental Chemical | Gibbs & Bruns LLP |
| Mark | McDonald | memcdonald@cg | YPF | Cleary Gottlieb Steen & Hamilton LLP |
| Daniel | Butz | dbutz@morrisnichols | Repsol, S.A., et al. | Morris Nichols Arsht & Tunnell LLP |
| Sophie | Rogers-Churchill | srchurchill@morris | Repsol, S.A., et al. | Morris Nichols Arsht & Tunnell LLP |
| | | | | |
| Brian | Farnan | bfarnan@farnanla | Liquidating Trustee | Farnan LLP |
| Ari | MacKinnon | amackinnon@cgs | YPF | Cleary Gottlieb Steen & Hamilton LLP |
| Jade | Yoo | jade.yoo@whitec | Maxus Liquidating | White & Case LLP |
| Lara | Bach | lara.bach@weil.com | Repsol, S.A., et al. | Weil Gotshal Manges LLP |
| Edward | Soto | edward.soto@weil | Repsol, S.A., et al. | Weil Gotshal & Manges LLP |
| Ryan | Martin | rmartin@contrari | CCM | |
| Gregory | Moffett | gmoffett@preti.c | Lower Passaic | Preti Flaherty Beliveau and Pachios PLLP |