# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.,* | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |
| MAXUS LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Proc. No. 18-50489 (CSS) |
| v. | |
| YPF S.A., et al., | |
| Defendants. | |

## NOTICE OF STATUS CONFERENCE

PLEASE BE ADVISED that a status conference has been scheduled in the above adversary proceeding for **February 18, 2022 at 2:00 p.m. eastern** at the direction of the Court.

All participants must register for the hearing at the link provided below **by Noon Eastern on February 17, 2022**.  CourtCall will not be utilized for this conference.  The conference will be handled entirely through the Zoom platform.

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJItfuGgrD8rGEc6Zh4-cWYtVa6uktR8zak

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425).  The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

| | |
|---|---|
| Dated: February 15, 2022 | Respectfully submitted, |
| | FARNAN LLP |
| | /s/ Michael J. Farnan |
| | Brian E. Farnan (Bar No. 4089) |
| | Michael J. Farnan (Bar No. 5165) |
| | 919 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| | (302) 777-0300 |
| | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |
| | |
| | J. Christopher Shore (admitted *pro hac vice*) |
| | WHITE & CASE LLP |
| | 1221 Avenue of the Americas |
| | New York, NY 10020-1095 |
| | (212) 819-8200 |
| | cshore@whitecase.com |
| | |
| | *Attorneys for the Liquidating Trust* |