IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 18-50489 (CSS) |
| | ) | |
| YPF S.A., et al., | ) | **Re: Adv. Docket Nos.: 563, 564, 577, 582** |
| | ) | **594, 599, 600, 601, 603 and 605** |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of the Repsol Defendants' Motion to Strike the Expert Report of Stephen A. Johnson, or in the Alternative, Motion for an Extension of Time to Prepare a Rebuttal [Adv. D.I. 563] filed on January 28, 2022 (the "Motion to Strike"); YPF's Joinder [Adv. D.I. 564] filed on January 31, 2022 (the "Joinder"); Maxus Liquidating Trust's Opposition to Repsol's Motion [Adv. D.I. 577] filed on February 8, 2022 (the "Opposition"); Repsol's Reply to the Motion [Adv. D.I. 582] filed on February 11, 2022 (the "Repsol Reply"); YPF's Reply [Adv. D.I. 582] filed on February 11, 2022 (the "YPF Reply"); YPF Defendants' and Repsol Defendants' Letter filed on February 14, 2022 [Adv. D.I. 594]; Repsol Defendants' Letter filed on February 18, 2022 [Adv. D.I. 599]; YPF Defendants' and Repsol Defendants' Letter filed on February 18, 2022 [Adv. D.I. 600]; the Trust's Letter filed on February 18, 2022 [Adv. D.I. 601]; the Trust's Letter filed on February 20, 2022 [Adv. D.I. 603]; and YPF Defendants' and Repsol Defendants' Letter filed on February 21, 2022 [Adv. D.I. 605], the Court having reviewed the Motion, Joinder, Opposition, Repsol Reply, and YPF Reply thereto, as well as the parties' respective Letters; the Court having heard the statements of counsel and parties in interest regarding the Motion before the Court by Zoom on February 14, 2022 (the "Hearing") and on February 18, 2022 (the "Further Hearing");

IT IS HEREBY ORDERED THAT,

1. The Motion to Strike is DENIED, in part, and GRANTED, in part, for the

reasons set forth on the record at the Hearing and in the Court's Letter Opinion dated February 22, 2022.

2. Defendants' various requests for relief in their Letters and at the Hearing and the Further Hearing in relation to the SPG Images (as defined in the Letter Opinion), including a request for a stay of briefing and disposition in connection with summary judgment, are GRANTED, in part (see ¶¶3-4 below), and DENIED, in part, for the reasons set forth in the Letter Opinion.

3. Defendants have until March 25, 2022, to submit surrebuttal reports responding to the Johnson Report (as defined in the Letter Opinion).

4. Between March 25, 2022 and April 8, 2022, the Trust and defendants may take additional depositions of any expert that submits a surrebuttal report, which will be limited to the subjects covered in said report, with each of these additional depositions not to exceed three hours.  Mr. Johnson will not be subject to further deposition.

5. The 5th Amended Case Management Plan and Scheduling Order is amended as follows:

    i. plaintiff's opening brief due **March 16, 2022**,

    ii. defendants' opposition briefs and defendants' opening briefs due **April 27, 2022**,

    iii. plaintiff's reply brief and plaintiff's opposition brief due **May 18, 2022**,

    iv. defendants' reply briefs due **June 8, 2022**,

    v. oral argument on **June 13, 2022 at 9:30 a.m.**

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: February 22, 2022