# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACION, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adversary Proceeding No. 18-50489 (CSS) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I, II, IV, VI, VIII, X, XII, AND XIV OF THE COMPLAINT <u>AND RELATED AFFIRMATIVE DEFENSES</u>**

Plaintiff, by and through its undersigned counsel, hereby moves for partial summary judgment of Counts I, II, IV, VIII, X, XII, and XIV of the Complaint and related affirmative defenses ("Motion"). Plaintiff's opening brief in support of its Motion is filed concurrently herewith.

| | |
|---|---|
| Dated: March 16, 2022 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>J. Christopher Shore (admitted *pro hac vice*)<br>Jason Zakia (*pro hac vice* admission pending)<br>Erin M. Smith (admitted *pro hac vice*)<br>Matthew L. Nicholson (admitted *pro hac vice*)<br>Brett L. Bakemeyer (admitted *pro hac vice*)<br>Jade H. Yoo (*pro hac vice* admission pending)<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200<br>cshore@whitecase.com<br>jzakia@whitecase.com<br>erin.smith@whitecase.com<br>matthew.nicholson@whitecase.com<br>brett.bakemeyer@whitecase.com<br>jade.yoo@whitecase.com<br><br>*Attorneys for the Liquidating Trust* |

AMERICAS 111968923