# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>Jointly Administered |
| MAXUS LIQUIDATING TRUST,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>　　　　　　　　　　Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 18-50489 (CSS) |

## REPSOL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56 of the Federal Rules of Civil Procedure, Defendants Repsol, S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited, and Repsol Services Company (collectively, the "Repsol Defendants"), by and through their undersigned counsel, hereby move for summary judgment on Counts I-III and XII-XXIII of the Complaint (the "Motion").[1]  The Repsol Defendants' opening brief in support of its Motion is filed concurrently herewith.  The Repsol Defendants respectfully request the Court enter an order,

---

[1] Pursuant to Bankruptcy Rule 7008 and Local Rule 7008-1, none of the Repsol Defendants consent to the entry of final orders or judgments by the Court.

substantially in the form attached hereto as **Exhibit A**, granting summary judgment in favor of the Repsol Defendants on Counts I-III and XII-XXIII of the Complaint.

| | |
|---|---|
| Dated: April 27, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Daniel B. Butz*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*- and -*<br><br>WEIL, GOTSHAL & MANGES LLP<br>Edward Soto<br>1395 Brickell Avenue<br>Suite 1200<br>Miami, Florida 33131<br>Telephone: (305) 577-3100<br>Facsimile: (305) 374-7159<br><br>*Attorneys for Repsol Defendants* |