# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>  -against-<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>        Defendants. | Adv. Proc. No. 18-50489 (CSS) |

## YPF DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants YPF S.A. ("YPF"), YPF International S.A. ("YPFI"), YPF Holdings, Inc. ("YPFH"), and CLH Holdings, Inc. ("CLHH," and, collectively with YPF, YPFI, and YPFH, the "YPF Defendants"), by and through their undersigned counsel, hereby move for partial summary judgment. The cross-motion is supported by the Memorandum of Law, Statement of Undisputed Facts, and Declaration of Andrew P. Propps and accompanying exhibits filed concurrently herewith.

1

Dated: April 27, 2022
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. Mcguire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400

-and-

**SIDLEY AUSTIN LLP**

John J. Kuster (*pro hac vice*)
Andrew P. Propps (*pro hac vice*)
Elizabeth B. Gates (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Jeffrey A. Rosenthal (*pro hac vice*)
Ari D. MacKinnon (*pro hac vice*)
Mark E. McDonald (*pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

*Counsel for YPF S.A., YPF International S.A., YPF Holdings, Inc., and CLH Holdings, Inc.*