IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION, *et al.*, | Case No. 16-11501 (CSS) (Jointly Administered) |
| Debtors.[1] | |
| MAXUS LIQUIDATING TRUST, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 18-50489 (CSS) |
| YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the appearance of Elizabeth B. Gates, Esquire of Sidley Austin LLP on behalf of YPF S.A., YPF International S.A., YPF Holdings, Inc. and CLH Holdings, Inc. (collectively, the "YPF Defendants"), as co-counsel in this case.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests Elizabeth B. Gates be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

**PLEASE TAKE FURTHER NOTICE** that Sidley Austin LLP remains as co-counsel to the YPF Defendants and this notice only effects the removal of one attorney.

| | |
|---|---|
| Dated:  May 6, 2022<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Nicolas E. Jenner*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Nicolas E. Jenner (No. 6554)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>           mcguire@lrclaw.com<br>           jenner@lrclaw.com<br><br>– and –<br><br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Jeffrey A. Rosenthal (*pro hac vice*)<br>Victor L. Hou (*pro hac vice*)<br>Ari D. MacKinnon (*pro hac vice*)<br>Mark E. McDonald (*pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>-and-<br><br>**SIDLEY AUSTIN LLP**<br>John J. Kuster (*pro hac vice*)<br>Andrew P. Propps (*pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br><br>*Counsel for the YPF Defendants* |