# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendant. | Adv. Proc. No. 18-50489 (CSS)<br><br>Ref. Nos. 692 |

## NOTICE OF FILING REDACTED DOCUMENTS

**PLEASE TAKE NOTICE** that on May 5, 2022, YPF S.A., YPF International S.A., YPF Holdings, Inc., and CLH Holdings, Inc., each a defendant in the above-captioned proceeding (collectively, the "YPF Defendants"), filed the *Notice of Corrected Documents* [D.I. 692], which included corrected and blacklined versions of the following documents: (i) *[SEALED] YPF Defendants' Memorandum of Law in Opposition to the Trust's Motion for Partial Summary Judgment* (the "Memorandum of Law in Opposition to Trust's Motion"); (ii) *[SEALED] YPF Defendants' Response to Plaintiff's Statement of Undisputed Facts in Support of Plaintiff's Motion for Partial Summary Judgment* (the "Response to Plaintiff's Statement of Undisputed Facts"); (iii) *[SEALED] Statement of Undisputed Facts in Support of the YPF Defendants' Motion for Partial Summary Judgment and Counterstatement of Undisputed Facts in Opposition to the Trust's*

*Motion for Partial Summary Judgment* (the "YPF Defendants' Statement of Undisputed Facts");

(iv) *[SEALED] YPF Defendants' Memorandum of Law in Support of Their Cross-Motion for Partial Summary Judgment* (the "Memorandum of Law in Support of YPF Defendants' Motion for Summary Judgment"); and (v) *[SEALED] Declaration of Andrew P. Propps (I) in Support of the YPF Defendants' Motion for Partial Summary Judgment and (II) in Opposition to the Trust's Motion for Partial Summary Judgment* (the "Propps Declaration").

**PLEASE TAKE FURTHER NOTICE** that the YPF Defendants hereby file the redacted Memorandum of Law in Opposition to Trust's Motion, which is attached hereto as **Exhibit A** and a redacted blackline version reflecting the corrections is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the YPF Defendants hereby file the redacted Response to Plaintiff's Statement of Undisputed Facts, which is attached hereto as **Exhibit C** and a redacted blackline version reflecting the corrections is attached hereto as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that the YPF Defendants hereby file the redacted YPF Defendants' Statement of Undisputed Facts, which is attached hereto as **Exhibit E** and a redacted blackline version reflecting the corrections is attached hereto as **Exhibit F**.

**PLEASE TAKE FURTHER NOTICE** that the YPF Defendants hereby file the redacted Memorandum of Law in Support of YPF Defendants' Motion for Summary Judgment, which is attached hereto as **Exhibit G** and a redacted blackline version reflecting the corrections is attached hereto as **Exhibit H**.

[*Remainder of Page Intentionally Left Blank*]

**PLEASE TAKE FURTHER NOTICE** that the YPF Defendants hereby file the redacted Propps Declaration, which is attached hereto as **Exhibit I** and a redacted blackline version reflecting the corrections is attached hereto as **Exhibit J**.[1]

| | |
|---|---|
| Dated: May 10, 2022<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Nicolas E. Jenner*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Nicolas E. Jenner (No. 6554)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         jenner@lrclaw.com<br><br>*Counsel for YPF S.A., YPF International S.A., YPF Holdings, Inc., and CLH Holdings, Inc.* |

---

[1] Due to the voluminous nature of the exhibits attached to the Propps Declaration, only the exhibits that have been corrected or added are attached hereto.