## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.*, | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |
| MAXUS LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Proc. No. 18-50489 (CSS) |
| v. | |
| YPF S.A., et al., | |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## JUNE 13, 2022 AT 9:30 A.M. (EASTERN)

### I.   ORAL ARGUMEMT ON SUMMARY JUDGMENT IN ADVERSARY CASE[2]

1.  Plaintiff's Motion for Partial Summary Judgment on Counts I, II, IV, VI, VIII, X, XII, and XIV of the Complaint and Related Affirmative Defenses [Adv. D.I. 621] (Date Filed: March 16, 2022)

    Related Documents:

    a.  [SEALED] Plaintiff's Memorandum of Law in Support of its Motion for Partial Summary Judgment on Counts I, II, IV, VI, VIII, X, XII, and XIV of the Complaint and Related Affirmative Defenses [Adv. D.I. 622] (Date Filed: March 16, 2022)

    b.  [SEALED] Statement of Undisputed Facts in Support of Plaintiff's Motion for Partial Summary Judgment [Adv. D.I. 623] (Date Filed: March 16, 2022)

---

[1]   The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425).  The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2]   All documents referenced in this Agenda were previously provided to Chambers in hard copy and hyperlinked format.  For that reason, to avoid duplication, these documents are not being submitted herewith.

c.  [SEALED] Declaration of Erin M. Smith in Support of Plaintiff's Motion for Partial Summary Judgment [Adv. D.I. 624] (Date Filed: March 16, 2022)

d.  Letter from Michael J. Farnan to the Honorable Christopher S. Sontchi regarding the Statement of Facts [Adv. D.I. 625] (Date Filed: March 16, 2022)

e.  [SEALED] Repsol Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment on Counts I, II, IV, VI, VIII, X, XII, and XIV of the Complaint and Related Affirmative Defenses [Adv. D.I. 640] (Date Filed: April 27, 2022)

f.  [SEALED] Repsol Defendants' Responses to the Statement of Undisputed Facts in Support of Plaintiff's Motion for Partial Summary Judgment & Counterstatement of Undisputed Material Facts [Adv. D.I. 641] (Date Filed: April 27, 2022)

g.  [SEALED] YPF Defendants' Memorandum of Law in Opposition to the Trust's Motion for Partial Summary Judgment [Adv. D.I. 642] (Date Filed: April 27, 2022)

h.  [SEALED] YPF Defendants' Response to Plaintiff's Statement of Undisputed Facts in Support of Plaintiff's Motion for Partial Summary Judgment [Adv. D.I. 643] (Date Filed: April 27, 2022)

i.  [SEALED] Declaration of Charity E. Lee in Support of YPF Defendants' Response to Plaintiffs Statement of Undisputed Facts [Adv. D.I. 644] (Date Filed: April 27, 2022)

j.  [SEALED] Statement of Undisputed Facts in Support of the YPF Defendants' Motion for Partial Summary Judgment and Counterstatement of Undisputed Facts in Opposition to the Trust's Motion for Partial Summary Judgment [Adv. D.I. 646] (Date Filed: April 27, 2022)

k.  [SEALED] Declaration of Andrew P. Propps (I) in Support of the YPF Defendants' Motion for Partial Summary Judgment and (II) in Opposition to the Trust's Motion for Partial Summary Judgment [Adv. D.I. 652, 655, 656, 658, 659, 667] (Date Filed: April 27, 2022)

l.  [SEALED] Declaration of Edward Soto in Support of Repsol Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment [Adv. D.I. 657, 661, 662, 663, 664, 665, 666, 668] (Date Filed: April 27, 2022)

m.  [SEALED] Maxus Liquidating Trust's Responses and Objections to Repsol Defendants' Counter Statement of Undisputed Material Facts [Adv. D.I. 699] (Date Filed: May 18, 2022)

n.  [SEALED] Plaintiff's Omnibus Reply in Support of its Motion for Partial Summary Judgment [Adv. D.I. 701] (Date Filed: May 18, 2022)

o.  [SEALED] Plaintiff's Responses and Objections to YPF Defendants' Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment and Counterstatement of Undisputed Facts in Opposition to the Trust's Motion for Partial Summary Judgment [Adv. D.I. 702] (Date Filed: May 18, 2022)

p.  [SEALED] Declaration of Jade H. Yoo in Support of (I) Plaintiff's Omnibus Reply in Support of its Motion for Partial Summary Judgment; (II) Plaintiff's Opposition to Repsol Defendants' Motion for Summary Judgment; (III) Plaintiff's Responses and Objections to YPF Defendants' Statement of Undisputed Facts in Support of YPF Defendants' Motion for Partial Summary Judgment and Counterstatement of Undisputed Facts in Opposition to the Trust's Motion for Partial Summary Judgment; and (IV) Plaintiff's Responses and Objections to Repsol Defendants' Counter Statement of Undisputed Material Facts, Repsol Defendants' Counterstatement of Undisputed Material Facts, and Repsol Defendants' Affirmative Statement of Undisputed Material Facts [Adv. D.I. 703] (Date Filed: May 18, 2022)

**Status:**    The oral argument will go forward in-person, but certain attendees may choose to appear by Zoom video.  Both video and audio will be through Zoom.  CourtCall will **not** be utilized for this hearing.  There will be no live witness testimony.

All participants deciding to attend the hearing by Zoom, instead of in-person, must register for the hearing at the link provided below by **Friday, June 10, 2022 by Noon Eastern** to avoid being denied access to the hearing:

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJItcu6srjstEktfiQ_JfPVcaCiyOhNwZaE

You must use your full name when logging into Zoom or you will not be allowed into the meeting.

Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically.  Please contact Chambers at least one business day prior to the scheduled hearing.

2.  Repsol Defendants' Motion for Summary Judgment [Adv. D.I. 637] (Date Filed: April 27, 2022)

Related Documents:

a.  [SEALED] Repsol Defendants' Memorandum of Law in Support of Motion for

Summary Judgment [Adv. D.I. 638] (Date Filed: April 27, 2022)

b.  [SELED] Repsol Defendants' Affirmative Statement of Undisputed Material Facts [Adv. D.I. 639] (Date Filed: April 27, 2022)

c.  [SEALED] Declaration of Edward Soto in Support of Repsol Defendants' Motion for Partial Summary Judgment [Adv. D.I. 649, 650, 651, 653, 654] (Date Filed: April 27, 2022)

d.  [SEALED] Plaintiff's Memorandum of Law in Opposition to Repsol's Motion for Summary Judgment [Adv. D.I. 697] (Date Filed: May 18, 2022)

e.  [SEALED] Plaintiff's Responses and Objections to Repsol Defendants' Affirmative Statement of Undisputed Material Facts [Adv. D.I. 700] (Date Filed: May 18, 2022)

f.  [SEALED] Declaration of Jade H. Yoo in Support of (I) Plaintiff's Omnibus Reply in Support of its Motion for Partial Summary Judgment; (II) Plaintiff's Opposition to Repsol Defendants' Motion for Summary Judgment; (III) Plaintiff's Responses and Objections to YPF Defendants' Statement of Undisputed Facts in Support of YPF Defendants' Motion for Partial Summary Judgment and Counterstatement of Undisputed Facts in Opposition to the Trust's Motion for Partial Summary Judgment; and (IV) Plaintiff's Responses and Objections to Repsol Defendants' Counter Statement of Undisputed Material Facts, Repsol Defendants' Counterstatement of Undisputed Material Facts, and Repsol Defendants' Affirmative Statement of Undisputed Material Facts [Adv. D.I. 703] (Date Filed: May 18, 2022)

g.  [SEALED] Repsol Defendants' Reply Memorandum of Law in Support of Motion for Summary Judgment [Adv. D.I. 716] (Date Filed: June 8, 2022)

h.  [SEALED] Repsol Defendants' Reply in Support of Affirmative Statement of Undisputed Material Facts [Adv. D.I. 717] (Date Filed: June 8, 2022)

i.  [SEALED] Declaration of Edward Soto in Support of Repsol Defendants' Motion for Summary Judgment [Adv. D.I. 718] (Date Filed: June 8, 2022)

**Status:**   The oral argument will go forward in-person, but certain attendees may choose to appear by Zoom video.  Both video and audio will be through Zoom.  CourtCall will **not** be utilized for this hearing.  There will be no live witness testimony.

All participants deciding to attend the hearing by Zoom, instead of in-person, must register for the hearing at the link provided below by **Friday, June 10, 2022 by Noon Eastern** to avoid being denied access to the hearing:

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJItcu6srjstEktfiQ_JfPVcaCiyOhNwZaE

You must use your full name when logging into Zoom or you will not be allowed into the meeting.

Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically.  Please contact Chambers at least one business day prior to the scheduled hearing.

3.  YPF Defendants' Cross-Motion for Partial Summary Judgment [Adv. D.I. 645] (Date Filed: April 27, 2022)

Related Documents:

a.  [SEALED] Statement of Undisputed Facts in Support of the YPF Defendants' Motion for Partial Summary Judgment and Counterstatement of Undisputed Facts in Opposition to the Trust's Motion for Partial Summary Judgment [Adv. D.I. 646] (Date Filed: April 27, 2022)

b.  [SEALED] YPF Defendants' Memorandum of Law in Support of Their Cross-Motion for Partial Summary Judgment [Adv. D.I. 648] (Date Filed: April 27, 2022)

c.  [SEALED] Declaration of Andrew P. Propps (I) in Support of the YPF Defendants' Motion for Partial Summary Judgment and (II) in Opposition to the Trust's Motion for Partial Summary Judgment [Adv. D.I. 652, 655, 656, 658, 659, 667] (Date Filed: April 27, 2022)

d.  [SEALED] Plaintiff's Memorandum of Law in Opposition to YPF's Motion for Partial Summary Judgment [Adv. D.I. 698] (Date Filed: May 18, 2022)

e.  [SEALED] Plaintiff's Responses and Objections to YPF Defendants' Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment and Counterstatement of Undisputed Facts in Opposition to the Trust's Motion for Partial Summary Judgment [Adv. D.I. 702] (Date Filed: May 18, 2022)

f.  [SEALED] Declaration of Jade H. Yoo in Support of (I) Plaintiff's Omnibus Reply in Support of its Motion for Partial Summary Judgment; (II) Plaintiff's Opposition to Repsol Defendants' Motion for Summary Judgment; (III) Plaintiff's Responses and Objections to YPF Defendants' Statement of Undisputed Facts in Support of YPF Defendants' Motion for Partial Summary Judgment and Counterstatement of Undisputed Facts in Opposition to the Trust's Motion for Partial Summary Judgment; and (IV) Plaintiff's Responses and Objections to

Repsol Defendants' Counter Statement of Undisputed Material Facts, Repsol Defendants' Counterstatement of Undisputed Material Facts, and Repsol Defendants' Affirmative Statement of Undisputed Material Facts [Adv. D.I. 703] (Date Filed: May 18, 2022)

g.  [SEALED] YPF Defendants' Reply in Support of Their Cross-Motion for Partial Summary Judgment [Adv. D.I. 720] (Date Filed: June 8, 2022)

h.  [SEALED] Supplemental Declaration of Andrew P. Propps [Adv. D.I. 722] (Date Filed: June 8, 2022)

**Status:**    The oral argument will go forward in-person, but certain attendees may choose to appear by Zoom video.  Both video and audio will be through Zoom.  CourtCall will **not** be utilized for this hearing.  There will be no live witness testimony.

All participants deciding to attend the hearing by Zoom, instead of in-person, must register for the hearing at the link provided below by **Friday, June 10, 2022 by Noon Eastern** to avoid being denied access to the hearing:

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJItcu6srjstEktfiQ_JfPVcaCiyOhNwZaE

You must use your full name when logging into Zoom or you will not be allowed into the meeting.

Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically.  Please contact Chambers at least one business day prior to the scheduled hearing.

4.  [SEALED] Motion of the YPF Defendants Pursuant to L.B.R. 7007-2(b)(ii) Requesting the Court Not Consider a Portion of the Trusts Reply and, Should It Decline to Do So, for Leave to File a Sur-Reply to the Trusts Motion for Partial Summary Judgment [Adv. D.I. 721] (Date Filed: June 8, 2022)

Related Documents:

a.  None

**Status:**    The oral argument will go forward in-person, but certain attendees may choose to appear by Zoom video.  Both video and audio will be through Zoom.  CourtCall will **not** be utilized for this hearing.  There will be no live witness testimony.

All participants deciding to attend the hearing by Zoom, instead of in-person, must register for the hearing at the link provided below by **Friday, June 10, 2022 by Noon Eastern** to avoid being denied access to the hearing:

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJItcu6srjstEktfiQ_JfPVcaCiyOhNwZaE

You must use your full name when logging into Zoom or you will not be allowed into the meeting.

Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically.  Please contact Chambers at least one business day prior to the scheduled hearing.

## II.  MATTERS UNDER CERTIFICATION OF NO OBJECTION

5. Motion to Extend the Time Period Within Which the Maxus Liquidating Trust May Remove Actions Pursuant to 28 U.S.C. Sec. 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 2496] (Date Filed: May 19, 2022)

   Objection/Response Deadline:        June 6, 2022 at 4:00 p.m. (ET)

   Objections/Responses Received:

   i.  None

   Related Documents:

   a.  Notice of Hearing of Liquidating Trust's Motion to Extend the Time Period Within Which the Maxus Liquidating Trust May Remove Actions Pursuant to 28 U.S.C. Sec. 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 2498] (Date Filed: May 19, 2022)

   b.  Certificate of No Objection regarding the Motion to Extend the Time Period Within Which the Maxus Liquidating Trust May Remove Actions Pursuant to 28 U.S.C. Sec. 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 2502] (Date Filed: June 7, 2022)

   c.  [Proposed] Order Further Extending the Period Within Which the Liquidating Trust May Remove Actions Pursuant to 28 U.S.C. Sec. 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 2496-2] (Date Filed: May 19, 2022)

   Status: No objections have been received; therefore, a hearing with respect to this matter is no longer necessary, subject to the approval of the Court.

Dated: June 9, 2022

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
cshore@whitecase.com

*Attorneys for the Liquidating Trust*