IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 18-50489 (CSS) |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACION, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO., | ) | **Re: Adv. Docket No.: 721** |
| Defendants. | ) | |

## ORDER

Upon consideration of the Motion of the YPF Defendants Pursuant to L.B.R. 7007-2(B)(II) Requesting the Court Not Consider a Portion of the Trust's Reply and, Should It Decline To Do So, for Leave to File a Sur-Reply to the Trust's Motion for Partial Summary Judgment [Adv. D.I. 721] filed on June 8, 2022 (the "Motion"), which attached as Exhibit A The YPF Defendants' Sur-Reply to the Trust's Motion

for Summary Judgment (the "Sur-Reply"); the Court having considered the Motion;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Trust's response to the Sur-Reply will be due on or before Sunday, June 12, 2022 at 12:00 p.m. and shall be no longer than 10-pages.

3. No other submissions related to the Motion will be considered.

4. Argument on the Motion, if necessary, will be heard at the hearing on Monday, June 13, 2022 at 9:30 a.m.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: June 9, 2022

2