IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Maxus Energy Corporation, et al | ) | Case No. 16-11501 (CTG) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

AND NOW, this 22nd day of June 2022, it is hereby ORDERED that the above Chapter 11 case (and all associated cases including adversary proceedings) is TRANSFERRED to the Honorable Craig T. Goldblatt for all further proceedings and dispositions.[1]

_Laurie Selber Silverstein_
—————————————————
Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.