# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Maxus Energy Corporation, *et al.*, | Case No. 16-11501 (CTG) |
| Debtors. | Jointly Administered |
| Maxus Liquidating Trust, | |
| Plaintiff, | Adv. Pro. No. 18-50489 (CTG) |
| v. | |
| YPF S.A., YPF International, S.A., YPF Holdings, Inc., CLH Holdings, Inc., Repsol, S.A., Repsol Exploración, S.A, Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited and Repsol Services Co., | |
| Defendants. | |

## ORDER SETTING STATUS CONFERENCE

THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM.  BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK.  ALL PARTICIPANTS MUST REGISTER USING THEIR FULL NAMES NO LATER THAN **JULY 26, 2022 AT 4:00 P.M. ET**.

REGISTRATION LINK:

https://debuscourts.zoomgov.com/meeting/register/vJItc-urrjgvGPy5RoCFb6RAZ7H6YUBRcqA

The Court will hold a status conference in the above-captioned proceeding on **July 27, 2022, beginning at 3:00 p.m. ET**.  All parties are directed to use the

Zoom link above to attend the status conference electronically.

    SO ORDERED.

Dated:  June 24, 2022

---

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

2