# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CTG)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACI6N, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CTG) |

## PRE-TRIAL SCHEDULING ORDER[2]

1. **Discovery Disputes.** The Parties shall meet and confer on **September 7, 2022** to try to reach agreement regarding the production of documents in connection with the following correspondence: (i) the Trust's Letter to J. Rosenthal and J. Kuster dated August 11, 2022; (ii) the Trust's Letter to E. Soto and C. Berman dated August 11, 2022; and (iii) the Defendants' Email to the Trust dated August 18, 2022.

    a. If agreement is not reached, the briefing schedule for discovery letters shall be as follows:

        i. **September 27, 2022** shall be the date by which the Parties shall file any discovery letters with the Court.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] All deadlines are to be considered to be no later than 8:00 p.m. Eastern time unless otherwise indicated.

      ii. Opposition to any discovery letters shall be due **October 17, 2022 by 5:00 p.m**.

      iii. Replies to any discovery letters shall be due **October 21, 2022**.

      iv. The Court will advise the Parties whether it wishes to hold oral argument on the Parties' respective discovery requests, and if so, a mutually convenient date will be determined by the Parties in conjunction with the Court's schedule.

2. ***Daubert* Motion Deadlines.**  The schedule for the briefing and argument of any and all *Daubert* motions shall be as follows:

   a. **October 27, 2022** shall be the date by which the Parties shall file any *Daubert* motions.

   b. Oppositions to any *Daubert* motions shall be due **November 17, 2022**.

   c. Replies to any *Daubert* motions shall be due **December 6, 2022**.

   d. The Court will advise the Parties whether it wishes to hold oral argument on the Parties' respective discovery requests, and if so, a mutually convenient date will be determined by the Parties in conjunction with the Court's schedule.

3. **Statement of Facts.**

   a. **October 27, 2022** shall be the date by which the Defendants shall provide the Trust with a proposed statement of facts that are admitted and require no proof. Such statement may be a consolidated proposed statement based upon Appendix B to the YPF Defendants' Reply in Support of their Cross-Motion for Partial Summary Judgment [D.I. 720] and the Repsol Defendants' Reply in Support of Affirmative Statement of Undisputed Material Facts [D.I. 717].

   b. **November 22, 2022** shall be the date upon which the Trust shall respond to the Defendants' **October 27, 2022** proposal regarding stipulated facts. Also on this date, the Parties shall each submit supplemental facts that that the Parties believe are undisputed.

   c. The Parties shall meet and confer by **December 1, 2022** to discuss and agree upon a proposed statement of facts that are admitted as undisputed

4. **Motions *in Limine* Deadlines.**  The schedule for the briefing and argument of any and all motions *in limine* shall be as follows:

   a. **December 21, 2022** shall be the date by which the Parties shall file any motions *in limine*.

   b. Oppositions to any motions *in limine* shall be due **January 19, 2023**.

    c. Replies to any motions *in limine* shall be due **February 2, 2023**.

    d. The Court will advise the Parties whether it wishes to hold oral argument on the motions, and if so, a mutually convenient date will be determined by the Parties in conjunction with the Court's schedule.

5. **Witness List, Deposition Designations, and Exhibit List Deadlines.** The deadline to serve deposition designations, exhibit lists, and witness lists, and any corresponding counter-designations or objections, is as follows:

    a. **Witness List.**

        i. **December 21, 2022** shall be the date by which the Parties shall exchange initial witness lists.

        ii. **January 19, 2023** shall be the date by which the Parties shall exchange any additional witnesses that each Party intends to offer at trial that have been identified by the Party as being responsive to any witness identified by the opposing party in the **December 21, 2022** exchange. This shall also be the final date by which the Parties may submit any supplemental witnesses who it wishes to call without limitation to responsiveness, provided that good cause is shown and leave is granted by the Court.

    b. **Deposition Designations.**

        i. **January 10, 2023** shall be the date by which the Parties shall exchange deposition designations to be used for any purpose other than impeachment or rebuttal.

        ii. **January 31, 2023** shall be the date by which the Parties shall exchange any objections and counter-designations to the deposition designations exchanged on **January 10, 2023**. This shall also be the final date by which the Parties may submit any supplemental deposition designations without limitation to responsiveness, provided that good cause is shown and leave is granted by the Court.

        iii. **February 7, 2023** shall be the date by which the Parties shall exchange any objections to the counter-deposition designations submitted on **January 31, 2023**.

    c. **Exhibit Lists.**

        i. **January 24, 2023** shall be the date by which the Parties shall exchange initial exhibit lists.

        ii. **February 7, 2023** shall be the date by which the Parties shall exchange any objections to exhibit lists, as well as submit any supplemental exhibits in response to those exhibits exchanged on **January 24, 2023**. This shall also

      be the final date by which the Parties may submit any supplemental exhibit lists without limitation to responsiveness, provided that good cause is shown and leave is granted by the Court.

      iii. **February 14, 2023** shall be the date by which the Parties shall exchange any objections to the supplemental exhibits exchanged on **February 7, 2023**.

   d. The Parties shall also be permitted to supplement their deposition designations, exhibit lists, and witness lists only with leave of the Court upon a showing of good cause and subject to a right of the other Parties to assert evidentiary objections and counter-designations.

6. **February 21, 2023** is the date by which the Parties shall file their Joint Pre-Trial Filing. The Joint Pre-Trial Filing shall include:

    a. A statement of facts that are admitted as undisputed.

    b. The Parties' Joint Exhibit List, consisting of exhibits that any party offers in its case in chief as to which there are no objections.

    c. A Party Exhibit List, identifying in chart form (i) each exhibit the Party seeks to offer in its case in chief as to which an opposing Party has objected; (ii) the asserted grounds for objection supplied by the objecting Party; and (iii) the offering Party's grounds for admission. A copy of each exhibit on the Party Exhibit List will be provided to the Court in the manner designated by Local Rule 7016-2(d)(vii).

    d. A copy of the excerpts of each deposition that any Party will offer, submitted in video and written format so as to show the testimony offered by each side, and identifying the position of each Party as to any such testimony whose admission is objected to and including all counter-designations and objections to counter-designations.

    e. A copy of each premarked exhibit on the Joint Exhibit List will be provided to the Court in the manner designated by Local Rule 7016-2(d)(vii).

7. **Pre-Trial Brief Deadlines.**

    a. The Parties shall submit their respective Pre-Trial Briefs on **February 23, 2023**.

    b. Each Party's Pre-Trial Brief shall comprise of and include a Brief, no more than 120 pages, which shall include, *inter alia*, summaries of the disputed issues of fact and law that the party contends remain to be litigated.

    c. The Parties may submit Pre-Trial Reply Briefs, which shall not exceed 30 pages, and that will be limited to responding to other Parties' Pre-Trial Briefs. Such Pre-Trial Reply Briefs shall be filed no later than **March 2, 2023**.

8. The Final Pre-Trial Conference will take place on **February 28, 2023 at 10:00 a.m.**

9. **Trial and Post-Trial.** Trial shall proceed in the following blocks:

    a. Block 1 (10 days): Trial shall be held from **March 6, 2023** to **March 21, 2023**, with the specific days being March 6-9, March 13-16 and March 20-21.

    b. Block 2 (10 days): Trial shall be held from **April 13, 2023** to **April 27, 2023**, with the specific days being April 13-14, April 17-20 and April 24-27.

    c. The timing of each trial day, as well as any breaks, shall be decided by the Court in consultation with the Parties.

        i. The total time allocated for the trial will presumably be divided as follows: 40% for the Trust, and 60% for the Defendants collectively. This allocation is subject to reconsideration, for good cause shown, at any time.

        ii. The Parties shall maintain time through the chess clock method during the trial, and shall report to the Court on the status of the clock at the end of each trial day.

    d. Each fact witness and expert witness who appears to testify at trial shall submit to live direct examination, as well as cross-examination. Re-direct examination and re-cross-examination shall be limited to the matters raised during the cross-examination and re-direct examination, respectively.

10. **Post-Trial Submissions.** At the conclusion of the trial, the Court shall set dates for the Parties' Post-Trial Submissions and closing arguments, as the Court deems necessary.

11. **Demonstratives.** Any demonstratives to be used during trial (including during opening statements and expert presentations) shall be provided to the Parties at 8:00 p.m. Eastern one calendar day prior to the date of the trial when such demonstrative will be used.

**Dated: September 30th, 2022**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE