# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Maxus Energy Corporation, *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 16-11501 (CTG)<br><br>Jointly Administered |
| Maxus Liquidating Trust,<br><br>    Plaintiff,<br><br>    v.<br><br>YPF S.A., YPF International, S.A., YPF Holdings, Inc., CLH Holdings, Inc., Repsol, S.A., Repsol Exploración, S.A, Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited and Repsol Services Co.,<br><br>    Defendants. | Adv. Pro. No. 18-50489 (CTG) |

## ORDER APPROVING STIPULATION REGARDING TRIGGERING CREDITOR DISCOVERY

Upon the Certification of Counsel filed by the YPF Defendants' counsel [D.I. 760] and upon review of such certification and the Parties' Stipulation Regarding Triggering Creditor Discovery attached hereto as Exhibit A (the "Stipulation"); and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

Dated: October 3rd, 2022
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**