# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11501 (CTG)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CTG) |

**STIPULATION AND [PROPOSED] ORDER REGARDING TRIGGERING CREDITOR DISCOVERY**

Plaintiff the Maxus Liquidating Trust ("Plaintiff" or the "Trust") and Defendants YPF S.A., YPF International S.A., YPF Holdings, Inc., and CLH Holdings, Inc. (collectively, "YPF" or the "YPF Defendants") and Repsol, S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited, and Repsol Services Co. (collectively, "Repsol" or the "Repsol Defendants," and together with YPF, the

"Defendants" and together with the Trust, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation Regarding Triggering Creditor Discovery.[1]

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, AND ORDERED BY THE COURT that:

1. By October 10, 2022, the Trust will produce to the Defendants additional documents and declarations, if any, previously collected by the Trust from potential Individual Triggering Creditors.

2. By October 10, 2022, the Trust will provide to the Defendants a list of Individual and Government Triggering Creditors that the Trust might rely on at trial. The Trust will cut that list down from the triggering creditors identified in its interrogatory responses in August 2019 to fewer than 50 Individual Triggering Creditors (of the more than 250 identified therein) and 7 Government Triggering Creditors.

3. By October 24, 2022, the Defendants will serve subpoenas requesting documents and deposition testimony on any of the Government Triggering Creditors identified by the Trust from whom either Defendant seeks to take discovery.

4. All discovery pursuant to the preceding three paragraphs with respect to Government Triggering Creditors shall be completed by December 15, 2022.

5. The Parties reserve all rights to object to another Party's document requests regarding triggering creditors, other than that the document requests served in accordance with this stipulation is untimely. This stipulation is without prejudice to the rights of any triggering creditor to object on any grounds.

---

[1] As used herein, "Individual Triggering Creditors" means any individuals considered by the Trust as potential triggering creditors, and "Government Triggering Creditors" means any government entities considered by the Trust as potential triggering creditors.

6. The Trust reserves all rights to identify as a trial witness (at a date set by the pre-trial scheduling order) any witness included in the Trust's narrowed list of Triggering Creditors as described in point 2 above, whether or not the Defendants seek discovery from a particular witness. Defendants reserve the right to seek to depose any Individual Triggering Creditor ultimately on the Trust's witness list during (or immediately prior to) trial and the Trust reserves its right to object on any basis.

7. Nothing in this stipulation shall affect any right the Trust may have to seek to depose any Individual Triggering Creditors or the Defendants' right to oppose such on any basis.

Dated: September 29, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Edward Soto | /s/ Jeffrey A. Rosenthal |
| Edward Soto | Jeffrey A. Rosenthal (*pro hac vice*) |
| WEIL, GOTSHAL & MANGES LLP | Ari D. MacKinnon (*pro hac vice*) |
| 767 Fifth Avenue | Mark E. McDonald (*pro hac vice*) |
| New York, New York 10153 | CLEARY GOTTLIEB STEEN & |
| Telephone: (212) 310-8000 | HAMILTON LLP |
| Facsimile: (212) 310-8007 | One Liberty Plaza |
| | New York, New York 10006 |
| -and- | T: 212-225-2000 |
| | F: 212-225-3999 |
| MORRIS, NICHOLS, ARSHT & | |
| TUNNELL LLP | -and- |
| Curtis S. Miller | |
| Daniel B. Butz | SIDLEY AUSTIN LLP |
| 1201 North Market Street | John J. Kuster (*pro hac vice*) |
| P.O. Box 1347 | 787 Seventh Avenue |
| Wilmington, Delaware 19899-1347 | New York, NY 10019 |
| Telephone: (302) 351-9412 | Telephone: (212) 839-5300 |
| Facsimile: (302) 425-3080 | Facsimile: (212) 839-5599 |
| | |
| *Counsel for the Repsol Defendants* | -and- |
| | |
| | LANDIS RATH & COBB LLP |

3

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com

*Counsel for the YPF Defendants*


*/s/ Erin M. Smith*
J. Christopher Shore (*pro hac vice*)
Erin M. Smith (*pro hac vice*)
Matthew Nicholson (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com
erin.smith@whitecase.com

-and-

FARNAN LLP
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300

*Counsel for the Maxus Liquidating Trust*

4