**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAXUS ENERGY CORPORATION, *et al.*, | ) | |
| | ) | Case No. 16-11501 (CTG) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| | ) | Case No. 18-50489 (CTG) |
| v. | ) | |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF | ) | |
| HOLDINGS, INC., CLH HOLDINGS, INC., | ) | |
| REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., | ) | |
| REPSOL USA HOLDINGS CORP., REPSOL E&P | ) | |
| USA, INC., REPSOL OFFSHORE E&P USA, INC., | ) | |
| REPSOL E&P T&T LIMITED, and REPSOL | ) | |
| SERVICES CO., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to previous communications with the Court, a remote status conference is set for November 1, 2022 at 11:30 a.m. (Eastern Time) before The Honorable Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware. The hearing will be held by Zoom.  Registration instructions will be sent closer to the Status Conference.

*(Remainder of page intentionally left blank)*

Dated: October 20, 2022
Wilmington, Delaware

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone:     (302) 777-0300
Facsimile:     (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

—and—

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Erin Smith (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
erin.smith@whitecase.com
*Counsel for Liquidating Trust*