# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAXUS ENERGY CORPORATION, *et al.*, | ) | |
| | ) | Case No. 16-11501 (CTG) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| | ) | Case No. 18-50489 (CTG) |
| v. | ) | |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO., | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
NOVEMBER 1, 2022 AT 11:30 A.M. (EASTERN)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-yurDgrGJru76HeqSRiebpTOhAOD_0

**PLEASE NOTE: THE COURT REQUESTS THAT ALL PARTIES REGISTER WITH ZOOM NO LATER THAN OCTOBER 31, 2022 BY 4:00 P.M.**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I. MATTERS GOING FORWARD**

1. Status Conference

    Related Documents:

    a. [SEALED] Maxus Liquidating Trust Opening Letter Regarding Discovery Dispute [Adv. D.I. 753] (Date Filed: September 27, 2022)

    b. [SEALED] Repsol S.A. Responsive Letter Regarding Discovery Dispute [Adv. D.I. 766] (Date Filed: October 17, 2022)

    Status: The status conference will go forward.


Dated: October 28, 2022	Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone:   (302) 777-0300
Facsimile:    (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

—and—

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Erin Smith (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
erin.smith@whitecase.com


*Counsel for Liquidating Trust*