# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MAXUS ENERGY CORPORATION, *et al.*, ) | Case No. 16-11501 (CSS) |
| ) | Jointly Administered |
| Debtors. ) | |
| MAXUS LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Adversary Proceeding |
| YPF S.A., YPF INTERNATIONAL S.A., YPF ) | |
| HOLDINGS, INC., CLH HOLDINGS, INC., ) | Adv. Proc. No. 18-50489 (CSS) |
| REPSOL, S.A., REPSOL EXPLORACIÓN, ) | |
| S.A., REPSOL USA HOLDINGS CORP., ) | **Re: D.I. 781** |
| REPSOL E&P USA, INC., REPSOL ) | |
| OFFSHORE E&P USA, INC., REPSOL E&P ) | |
| T&T LIMITED, and REPSOL SERVICES CO., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF REPSOL DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO EXCLUDE <u>EXPERT TESTIMONY OF TODD D. MENENBERG</u>

PLEASE TAKE NOTICE that, on October 27, 2022, the Repsol Defendants filed under seal certain memoranda of law in support of their motions to exclude testimony of expert witnesses designated by the Maxus Liquidating Trust, located at Docket No. 781, 784, and 786, because they contain documents and information designated "Confidential" pursuant to the *Order Approving Stipulated Confidentiality and Discovery Agreement and Protective Order* (D.I. 209).

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is the proposed redacted version of the *Repsol Defendants' Brief in Support of their Motion to Exclude Expert Testimony of Todd D. Menenberg* (D.I. 781).

Dated: November 1, 2022
Wilmington, Delaware

*/s/ Sophie Rogers Churchill*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*- and -*

WEIL, GOTSHAL & MANGES LLP
Edward Soto
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

*Attorneys for the Repsol Defendants*