# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MAXUS ENERGY CORPORATION, *et al.*, ) | |
| ) | Case No. 16-11501 (CTG) |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |
| ) | |
| ) | |
| MAXUS LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Proc. No. 18-50489 (CTG) |
| v. ) | |
| ) | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF ) | |
| HOLDINGS, INC., CLH HOLDINGS, INC., ) | |
| REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., ) | |
| REPSOL USA HOLDINGS CORP., REPSOL E&P ) | |
| USA, INC., REPSOL OFFSHORE E&P USA, INC., ) | |
| REPSOL E&P T&T LIMITED, and REPSOL ) | |
| SERVICES CO., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF KATIE L. GONZALEZ IN SUPPORT OF THE YPF DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE EXPERT OPINION AND TESTIMONY OF BARRY PULLIAM

I, Katie L. Gonzalez, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel to YPF S.A., YPF Holdings Inc., YPF International S.A., and CLH Holdings, Inc. (collectively, the "YPF Defendants") in this matter. I submit this declaration in support of the YPF Defendants' *Daubert* Motion to Exclude Opinion and Testimony of Barry Pulliam, which the YPF Defendants submit herewith.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Barry Pulliam, dated October 29, 2021, and corrected as of November 16, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Reply Report of Barry Pulliam, dated January 14, 2022.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Deposition Transcript of Barry Pulliam, dated February 3, 2022.

5. Attached hereto as Exhibit 4 is a true and correct copy of the New Jersey Expert Report of Barry Pulliam, dated October 23, 2015.

6. Attached hereto as Exhibit 5 is a true and correct excerpted copy of the New Jersey Deposition Transcript of Barry Pulliam, dated February 19, 2016.

7. Attached hereto as Exhibit 6 is a true and correct copy of International Upstream Operations Five Year Outlook (MAXUS3221923 – MAXUS3221946).

8. Attached hereto as Exhibit 7 is a true and correct copy of the Memo from Monty Kehl, dated February 9, 1996 (YPF-AK-0054956 – YPF-AK-0054957).

9. Attached hereto as Exhibit 8 is a true and correct copy of the Maxus Energy Corporation Asset Evaluation Review, dated September 23, 1997 (AA-YPF-0033109 – AA-YPF-0033111).

10. Attached hereto as Exhibit 9 is a true and correct copy of S. Godfrey and R. Espinosa, A Practical Approach to Calculating Costs of Equity for Investments in Emerging Markets, JOURNAL OF APPLIED CORPORATE FINANCE, Vol. 9.3, Fall 1996.

[*The remainder of this page is intentionally left blank*]

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2022 in New York, NY.

*/s/ Katie L. Gonzalez*
Katie L. Gonzalez

3