# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MAXUS ENERGY CORPORATION, *et al.*, | ) |
| | ) Case No. 16-11501 (CTG) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| MAXUS LIQUIDATING TRUST, | ) |
| | ) |
| Plaintiff, | ) Adversary Proceeding |
| | ) Case No. 18-50489 (CTG) |
| v. | ) |
| | ) |
| YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, pursuant to previous communications with the Court, a *Daubert* hearing is set for December 16, 2022 at 10:00 a.m. (Eastern Time) before the Honorable Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware, 3rd floor, courtroom 7.

*(Remainder of page intentionally left blank)*

Dated: November 17, 2022                    Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone:    (302) 777-0300
Facsimile:    (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

—and—

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Erin Smith (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
erin.smith@whitecase.com

*Counsel for Liquidating Trust*