# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MAXUS ENERGY CORPORATION, *et al.*, | ) |
| | ) Case No. 16-11501 (CTG) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| MAXUS LIQUIDATING TRUST, | ) |
| | ) |
| Plaintiff, | ) Adversary Proceeding |
| v. | ) Case No. 18-50489 (CTG) |
| | ) |
| YPF S.A., et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
### DECEMBER 16, 2022 AT 10:00 A.M. (EASTERN)

> This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court.
>
> PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsce6tqT4uG9zofQekMlln6GZLLOGXDSg
>
> PLEASE NOTE: THE COURT REQUESTS THAT ALL PARTIES REGISTER WITH ZOOM NO LATER THAN NOVEMBER 7, 2022 BY 4:00 P.M.
>
> ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.

### I. MATTERS GOING FORWARD IN THE ADVERSARY PROCEEDING

1. Oral Argument on *Daubert Motions* in Adversary Proceeding

    Related Documents:

a. Repsol Defendants' Motion to Exclude Testimony of Todd D. Menenberg [Adv. D.I. 780] (Date Filed: October 27, 2022)

b. [SEALED] Repsol Defendants' Brief in Support of their Motion to Exclude Expert Testimony of Todd D. Menenberg [Adv. D.I. 781] (Date Filed: October 27, 2022)

c. Repsol Defendants' Motion to Exclude Expert Testimony of Barry Pulliam [Adv. D.I. 783] (Date Filed: October 27, 2022)

d. [SEALED] Repsol Defendants' Brief in Support of their Motion to Exclude Expert Testimony of Barry Pulliam [Adv. D.I. 784] (Date Filed: October 27, 2022)

e. Repsol Defendants' Motion to Exclude Expert Testimony of Stephen Johnson [Adv. D.I. 785] (Date Filed: October 27, 2022)

f. [SEALED] Repsol Defendants' Brief in Support of their Motion to Exclude Expert Testimony of Stephen Johnson [Adv. D.I. 786] (Date Filed: October 27, 2022)

g. The YPF Defendants' Daubert Motion to Partially Exclude Rebuttal Expert Opinion and Testimony of Stephen A. Johnson [Adv. D.I. 787] (Date Filed: October 27, 2022)

h. [SEALED] Memorandum of Law in Support of the YPF Defendants' Daubert Motion to Partially Exclude Rebuttal Expert Opinion and Testimony of Stephen A. Johnson [Adv. D.I. 788] (Date Filed: October 27, 2022)

i. [SEALED] Declaration of Alexander B. Porter in Support of the YPF Defendants' Daubert Motion to Partially Exclude Rebuttal Expert Opinion and Testimony of Stephen A. Johnson [Adv. D.I. 789] (Date Filed: October 27, 2022)

j. The YPF Defendants' Daubert Motion to Exclude Expert Opinion and Testimony of Todd D. Menenberg [Adv. D.I. 790] (Date Filed: October 27, 2022)

k. [SEALED] Memorandum of Law in Support of the YPF Defendants' Daubert Motion to Exclude Expert Opinion and Testimony of Todd D. Menenberg [Adv. D.I. 791] (Date Filed: October 27, 2022)

l. [SEALED] Declaration of Charity E. Lee in Support of the YPF Defendants' Daubert Motion to Exclude Expert Opinion and Testimony of Todd D. Menenberg [Adv. D.I. 792] (Date Filed: October 27, 2022)

m. The YPF Defendants' Daubert Motion to Exclude Expert Opinion and Testimony of Barry Pulliam [Adv. D.I. 793] (Date Filed: October 27, 2022)

n. [SEALED] Memorandum of Law in Support of the YPF Defendants' Daubert

      Motion to Exclude Expert Opinion and Testimony of Barry Pulliam [Adv. D.I. 794] (Date Filed: October 27, 2022)

o. [SEALED] Declaration of Katie L. Gonzalez in Support of the YPF Defendants' Daubert Motion to Exclude Expert Opinion and Testimony of Barry Pulliam [Adv. D.I. 795] (Date Filed: October 27, 2022)

p. [SEALED] Plaintiff's Omnibus Memorandum of Law in Opposition to Defendants' Motions to Exclude the Expert Testimony of Stephen Johnson, Todd Menenberg, and Barry Pulliam [Adv. D.I. 820] (Date Filed: November 17, 2022)

q. [SEALED] Declaration of Erin M. Smith [Adv. D.I. 821] (Date Filed: November 17, 2022)

r. [SEALED] Repsol Defendants Omnibus Reply Brief in Support of Their Motions to Exclude Expert Testimony of Todd D. Menenberg, Stephen Johnson, and Barry Pulliam [Adv. D.I. 831] (Date Filed: December 6, 2022)

s. [SEALED] Omnibus Reply in Support of the YPF Defendants' Daubert Motions to Exclude Expert Opinions and Testimony of Todd D. Menenberg, Barry Pulliam and Stephen A. Johnson [Adv. D.I. 832] (Date Filed: December 6, 2022)

t. Declaration of Charity E. Lee in Support of the Omnibus Reply in Support of the YPF Defendants' Daubert Motions to Exclude Expert Opinions and Testimony of Todd D. Menenberg, Barry Pulliam and Stephen A. Johnson [Adv. D.I. 833] (Date Filed: December 6, 2022)

Status: The hearing will go forward.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: December 14, 2022 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone:     (302) 777-0300<br>Facsimile:      (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>—and—<br><br>WHITE & CASE LLP<br>J. Christopher Shore (admitted *pro hac vice*)<br>Erin Smith (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 819-8200<br>Facsimile:  (212) 354-8113<br>cshore@whitecase.com<br>erin.smith@whitecase.com<br><br>*Counsel for Liquidating Trust* |