# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION, *et al.*, | Case No. 16-11501 (CTG) |
| Debtors. | Jointly Administered |
| MAXUS LIQUIDATING TRUST, | |
| Plaintiff, | |
| v. | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO., | Adversary Proceeding |
| | Adv. Proc. No. 18-50489 (CTG) |
| Defendants. | |

## REPSOL DEFENDANTS' *MOTION IN LIMINE* TO EXCLUDE IMPROPER ARGUMENTS AND TESTIMONY UNDER RULE 408

Pursuant to Rules 402 and 408 of the Federal Rules of Evidence (the "**FRE**"), made applicable in this proceeding by Rule 9017 of the Federal Rules of Bankruptcy Procedure, Defendants Repsol, S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Repsol E&P T&T Limited, and Repsol Services Company (collectively, the "**Repsol Defendants**"), by and through their undersigned counsel, hereby move (this "**Motion**")[1] for entry of an order, substantially in the form attached hereto as **Exhibit A**, excluding all evidence, testimony, and argument by the Maxus Liquidating Trust (the

---

[1] Pursuant to Bankruptcy Rule 7008 and Local Rule 7008-1, none of the Repsol Defendants consent to the entry of final orders or judgments by the Court.

"**Trust**"), that asserts, in violation of FRE 408, that the existence of the settlement agreements establishes the validity of the underlying allegations resolved by those settlements or to use such assertions of validity as evidence to support the Trust's claims, for the reasons set forth in the memorandum of law filed concurrently herewith.

WHEREFORE, the Repsol Defendants respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, (i) granting the relief requested in this Motion and (ii) granting such other and further relief as may be just and proper.

Dated: December 20, 2022
Wilmington, Delaware

*/s/ Sophie Rogers Churchill*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*- and -*

WEIL, GOTSHAL & MANGES LLP
Edward Soto
Pravin Patel
Corey Berman
Brian Liegel
Mark Pinkert
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

*Attorneys for Repsol Defendants*