# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MAXUS ENERGY CORPORATION, *et al.*, ) | |
| ) | Case No. 16-11501 (CTG) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| MAXUS LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding |
| ) | Case No. 18-50489 (CTG) |
| v. ) | |
| ) | |
| YPF S.A., YPF INTERNATIONAL S.A., YPF ) HOLDINGS, INC., CLH HOLDINGS, INC., ) REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., ) REPSOL USA HOLDINGS CORP., REPSOL E&P ) USA, INC., REPSOL OFFSHORE E&P USA, INC., ) REPSOL E&P T&T LIMITED, and REPSOL ) SERVICES CO., ) | **RE: D.I. 2568, Adv. D.I. 883** |
| ) | |
| Defendants. ) ) | **Objection Deadline: April 25, 2023 at 4:00 p.m. (ET)** <br> **Hearing Date: May 3, 2023 at 2:00 p.m. (ET)** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on April 7, 2023, the Maxus Liquidating Trust filed the **Motion for Entry of an Order (I) Approving the Settlement by and among the Maxus Liquidating Trust, the YPF Defendants, and the Repsol Defendants, and (III) Clarifying the Plan Injunction** (D.I. 2568; **Adv. D.I. 883**) (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that copies of the Motion may be obtained at https://pacer.uscourts.gov/ or free of charge at https://cases.ra.kroll.com/maxus/Home-DocketInfo.

1

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon and received by the undersigned counsel on or before **4:00 p.m. on April 25, 2023 (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if any objections or responses are received, a hearing with respect to the Motion will be held on **May 3, 2023 at 2:00 p.m. (prevailing Eastern Time)**, before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the Court, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington Delaware 19801.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: April 10, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone:    (302) 777-0300<br>Facsimile:     (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>—and—<br><br>WHITE & CASE LLP<br>J. Christopher Shore (admitted *pro hac vice*)<br>Thomas MacWright (admitted *pro hac vice*)<br>Brett Bakemeyer (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020 |

Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
tmacwright@whitecase.com
brett.bakemeyer@whitecase.com
*Counsel for Liquidating Trust*