# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MAXUS ENERGY CORPORATION, *et al.*, | ) |
| | ) Case No. 16-11501 (CTG) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| MAXUS LIQUIDATING TRUST, | ) |
| | ) |
| Plaintiff, | ) Adversary Proceeding |
| v. | ) Case No. 18-50489 (CTG) |
| | ) |
| YPF S.A., et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 11, 2023 AT 10:00 A.M. (EASTERN)**

> This hearing will be conducted via Zoom.
>
> PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsc-qrqjMuEk3gBI8C5tYYEusU6HiQ9HI
>
> PLEASE NOTE: THE COURT REQUESTS THAT ALL PARTIES REGISTER WITH ZOOM IMMEDIATELY
>
> ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.

**I. MATTERS GOING FORWARD IN THE ADVERSARY PROCEEDING**

1. Status Conference

    Related Documents: None.

    Status: The hearing will go forward.

Dated: April 10, 2023

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone:    (302) 777-0300
Facsimile:    (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

—and—

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Erin Smith (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com
erin.smith@whitecase.com

*Counsel for Liquidating Trust*