IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>MAXUS ENERGY CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-11501(CTG) |
| MAXUS LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>YPF, S.A., YPF INTERNATIONAL S.A, YPF HOLDINGS INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, AND REPSOL SERVICES CO.,<br><br>    Defendants. | Adv. Proc. No. 18-50489(CTG) |

**MOTION OF THE UNITED STATES SEEKING APPROVAL OF
GOVERNMENT AGREEMENT**

The United States hereby seeks approval of the Settlement and Covenant Not to Sue entered into by the United States, on behalf of the U.S. Environmental Protection Agency, the U.S. Department of the Interior, the U.S. National Oceanic and Atmospheric Administration, the

State of Ohio, the State of Wisconsin and certain Private Parties[1] (the "Government Agreement"). In accordance with Department of Justice policy, on April 13, 2023, a notice of the Government Agreement was published in the Federal Register informing the public that it could comment on the agreement for a period of 30 days. 88 Fed. Reg. 22481. The comment period has expired and no comments have been submitted. For the reasons set forth in the Memorandum of Law filed in support of this motion, the United States requests that the Government Agreement be approved because it is fair and reasonable under environmental law. A proposed Order is attached hereto as Exhibit 1.

                                                      Respectfully submitted,

                                                      Todd Kim
                                                      Assistant Attorney General
                                                      Environment and Natural Resources Division
                                                      U.S. Department of Justice

                                                      /s/ *Donald G. Frankel*
                                                      Donald G. Frankel
                                                      David L. Gordon
                                                      Senior Counsels
                                                      Environmental Enforcement Section
                                                      Environment and Natural Resources Division
                                                      U.S. Department of Justice
                                                      408 Atlantic Avenue
                                                      Suite 236
                                                      Boston, MA 02110
                                                      donald.frankel@usdoj.gov

---

[1] The Private Parties include: YPF S.A., YPF International S.A. (f/k/a YPF International Ltd.), YPF Holdings, Inc., and YCLH Holdings, Inc. (f/k/a CLH Holdings, Inc.), Repsol, S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Perenco Trinidad & Tobago (Holdings) ETVE SLU (f/k/a Repsol E&P T&T Limited), and Repsol Services Company.

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing was filed by the undersigned on May 17, 2023, through the Court's ECF system, and was electronically sent to the registered participants as identified on the Notice of Electronic Filing.

      /s/ *Donald G. Frankel*
      Donald G. Frankel