# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CTG)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CTG) |

## NOTICE OF OCCURRENCE OF SETTLEMENT AND RELEASE EFFECTIVE DATE

PLEASE TAKE NOTICE that, pursuant to Section 2.8 of the Settlement and Release (the "Agreement"), the Effective Date of the Agreement occurred on August 2, 2023.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

| | |
|---|---|
| Dated: August 2, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**FARNAN LLP**<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4098)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>J. Christopher Shore (admitted *pro hac vice*)<br>Thomas MacWright (admitted *pro hac vice*)<br>Brett L. Bakemeyer (admitted *pro hac vice*)<br>Jade H. Yoo (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200<br>cshore@whitecase.com<br>thomas.macwright@whitecase.com<br>brett.bakemeyer@whitecase.com<br>jade.yoo@whitecase.com<br>*Counsel for the Liquidating Trust* |