# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11501 (CTG)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACION, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adv. Proc. No. 18-50489 (CTG) |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL

Plaintiff Maxus Liquidating Trust (the "**Trust**"); YPF S.A., YPF International S.A., YPF Holdings, Inc., and YCLH Holdings, Inc. (f/k/a CLH Holdings, Inc.) (collectively, the "**YPF Defendants**"); Repsol, S.A., Repsol Exploración, S.A., Repsol USA Holdings Corp., Repsol E&P USA, Inc., Repsol Offshore E&P USA, Inc., Perenco Trinidad & Tobago (Holdings) ETVE SLU (f/k/a Repsol E&P T&T Limited), and Repsol Services Company (collectively, the "**Repsol Defendants**"), by and through its undersigned counsel, submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041). The Trust, the YPF Defendants,

1

and the Repsol Defendants (each a "**Party**" and, collectively, the "**Parties**") stipulate that all of the Trust's claims brought in this adversary proceeding are fully resolved and hereby dismissed with prejudice.  Each Party shall bear its own attorneys' fees and costs.

AMERICAS 120562265

| | |
|---|---|
| Dated: August 2, 2023 | Respectfully submitted, |
| MAXUS LIQUIDATING TRUST | THE YPF DEFENDANTS |
| By: /s/ *Michael J. Farnan* | By: /s/ _____ |

FARNAN LLP
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

WHITE & CASE LLP
J. Christopher Shore (admitted *pro hac vice*)
Colin West (admitted *pro hac vice*)
Erin M. Smith (admitted *pro hac vice*)
Matthew L. Nicholson (admitted *pro hac vice*)
Brett L. Bakemeyer admitted (*pro hac vice*)
Jade H. Yoo (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com
cwest@whitecase.com
erin.smith@whitecase.com
matthew.nicholson@whitecase.com
brett.bakemeyer@whitecase.com
jade.yoo@whitecase.com

WHITE & CASE LLP
Jason Zakia (admitted *pro hac vice*)
111 S Wacker Dr. Suite 5100
Chicago, IL 60606
(312) 881-5400
jzakia@whitecase.com

LANDIS RATH & COBB LLP
Adam G. Landis (Bar No. 3407)
Matthew B. McGuire (Bar No. 4366)
Nicolas E. Jenner (Bar No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
(302) 467-4400
landis@lrclaw.com
mcguire@lrclaw.com
jenner@lrclaw.com

SIDLEY AUSTIN LLP
John J. Kuster (admitted *pro hac vice*)
Andrew P. Propps (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Ari D. MacKinnon (admitted *pro hac vice*)
Mark E. McDonald (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

3

| Dated: August 2, 2023 | Respectfully submitted, |
|---|---|
| MAXUS LIQUIDATING TRUST | THE YPF DEFENDANTS |
| By: _____ | By: _/s/_____ |
| FARNAN LLP<br>Brian E. Farnan (Bar No. 4098)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | LANDIS RATH & COBB LLP<br>Adam G. Landis (Bar No. 3407)<br>Matthew B. McGuire (Bar No. 4366)<br>Nicolas E. Jenner (Bar No. 6554)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>(302) 467-4400<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>jenner@lrclaw.com |
| WHITE & CASE LLP<br>J. Christopher Shore (admitted *pro hac vice*)<br>Colin West (admitted *pro hac vice*)<br>Erin M. Smith (admitted *pro hac vice*)<br>Matthew L. Nicholson (admitted *pro hac vice*)<br>Brett L. Bakemeyer admitted (*pro hac vice*)<br>Jade H. Yoo (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200<br>cshore@whitecase.com<br>cwest@whitecase.com<br>erin.smith@whitecase.com<br>matthew.nicholson@whitecase.com<br>brett.bakemeyer@whitecase.com<br>jade.yoo@whitecase.com | SIDLEY AUSTIN LLP<br>John J. Kuster (admitted *pro hac vice*)<br>Andrew P. Propps (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300<br><br>CLEARY GOTTLIEB STEEN<br>& HAMILTON LLP<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Ari D. MacKinnon (admitted *pro hac vice*)<br>Mark E. McDonald (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| WHITE & CASE LLP<br>Jason Zakia (admitted *pro hac vice*)<br>111 S Wacker Dr. Suite 5100<br>Chicago, IL 60606<br>(312) 881-5400<br>jzakia@whitecase.com | |

THE REPSOL DEFENDANTS

By: _____

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
Robert J. Dehney (Bar No. 3578)
Curtis S. Miller (Bar No. 4583)
Daniel B. Butz (Bar No. 4227)
Sophie Rogers Churchill (Bar No. 6905)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

WEIL, GOTSHAL & MANGES LLP
Edward Soto (admitted *pro hac vice*)
Pravin Patel (admitted *pro hac vice*)
Brian Liegel (admitted *pro hac vice*)
Mark Pinkert (admitted *pro hac vice*)
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131
(305) 577-3100

        IT IS SO ORDERED this _____ day of _____, 2023.

        _____
        The Honorable Craig T. Goldblatt
        United States Bankruptcy Judge